

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RANDY YORDY,<br>    Plaintiff | :<br>: |
| | :    No. 1:01-CV-0206 |
| v. | : |
| | :    (Judge Kane) |
| SCOTT BROWN, PAUL EVANKO,<br>BERON F. STEAGER, AND BARRY L.<br>BRINSER, et al.,<br>    Defendants | :<br>:<br>:<br>: |

FILED
HARRISBURG

FEB - 9 2001

MARY E. D'ANDREA, CLERK
Per_____
DEPUTY CLERK

### DEFENDANTS' MOTION FOR ENLARGEMENT OF TIME

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, defendants move the Court for an enlargement of time in which to answer the complaint. In support hereof, defendants state as follows:

1. This is a civil action for damages brought pursuant to 42 U.S.C. § 1983.

2. The complaint was filed on February 1, 2001, and was personally served on the named defendants on February 2 & 5, 2001.

3. Because the complaint was served in person rather than by mail, answers to the complaint are due within twenty (20) days of service.

4. Due to the investigation needed to prepare an answer to the complaint and due to other litigation responsibilities, counsel finds that he is in need of additional time to file answers to the complaint.

5. Counsel for plaintiff has been contacted and has no opposition to a twenty-day enlargement of time for defendants to answer the complaint, which would make the due date for defendants' answer March 12, 2001.

WHEREFORE, defendants motion for enlargement of time should be granted.

                Respectfully submitted,

                D. MICHAEL FISHER
                Attorney General

By: _____
                GREGORY R. NEUHAUSER
                Senior Deputy Attorney General

                SUSAN J. FORNEY
                Chief Deputy Attorney General
                Chief, Litigation Section

OFFICE OF ATTORNEY GENERAL
15th Floor, Strawberry Square
Harrisburg, PA   17120
717-787-8106

DATE:  February 9, 2001

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RANDY YORDY,<br>      Plaintiff<br><br>  v.<br><br>SCOTT BROWN, PAUL EVANKO,<br>BERON F. STEAGER, AND BARRY L.<br>BRINSER, et al.,<br>      Defendants | :<br>:<br>:   No. 1:01-CV-0206<br>:<br>:   (Judge Kane)<br>:<br>:<br>:<br>: |

### CERTIFICATE OF CONCURRENCE

Gregory R. Neuhauser, Senior Deputy Attorney General, hereby certifies that concurrence in the foregoing motion was sought and obtained from counsel for plaintiff, Spero T. Lappas, Esquire.

_____
GREGORY R. NEUHAUSER
**Senior Deputy Attorney General**

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RANDY YORDY,<br>      Plaintiff | :<br>: |
| | :   No. 1:01-CV-0206 |
| v. | :<br>:   (Judge Kane) |
| SCOTT BROWN, PAUL EVANKO,<br>BERON F. STEAGER, AND BARRY L.<br>BRINSER, <u>et</u> <u>al.</u>,<br>      Defendants | :<br>:<br>:<br>: |

### CERTIFICATE OF SERVICE

I, **GREGORY R. NEUHAUSER,** Senior Deputy Attorney General for the Commonwealth of Pennsylvania, Office of Attorney General, hereby certify that on **February 9, 2001**, I caused to be served a true and correct copy of the foregoing document **Defendants' Motion or Enlargement of Time** by depositing it in the United States mail, first-class postage prepaid to the following:

Spero T. Lappas, Esquire
205 State Street
Harrisburg, PA 17101-0808

_____
**GREGORY R. NEUHAUSER**
**Senior Deputy Attorney General**