*see all* (3) PL 2/13

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

RANDY YORDY,
    Plaintiff

v.

SCOTT BROWN, PAUL EVANKO,
BERON F. STEAGER, AND BARRY L.
BRINSER, et al.,
    Defendants

No. 1:01-CV-0206

(Judge Kane)

FILED
HARRISBURG, PA

FEB 1 2 2001

MARY E. D'ANDREA, CLERK
PER _____/s/_____
DEPUTY CLERK

### ORDER

AND NOW, this 12th day of February, 2001, upon consideration of defendants' motion and plaintiff's concurrence therewith, IT IS HEREBY ORDERED that defendants are granted an enlargement of time until March 12, 2001, in which to answer the complaint.

BY THE COURT:

_____/s/ Yvette Kane_____
YVETTE KANE
United States District Judge

UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

* * MAILING CERTIFICATE OF CLERK * *

February 12, 2001

Re:  1:01-cv-00206    Yordy v. Brown

True and correct copies of the attached were mailed by the clerk
to the following:

    Spero T. Lappas, Esq.
    205 State St.
    PO Box 808
    Harrisburg, PA   17108-0808

    Gregory R. Neuhauser, Esq.
    Office of Attorney General
    Strawberry Square
    15th Floor
    Harrisburg, Pa   17120

```
cc:
Judge                           (/)              ( ) Pro Se Law Clerk
Magistrate Judge                ( )              ( ) INS
U.S. Marshal                    ( )              ( ) Jury Clerk
Probation                       ( )
U.S. Attorney                   ( )
Atty. for Deft.                 ( )
Defendant                       ( )
Warden                          ( )
Bureau of Prisons               ( )
Ct Reporter                     ( )
Ctroom Deputy                   ( )
Orig-Security                   ( )
Federal Public Defender         ( )
Summons Issued                  ( )  with N/C attached to complt. and served by:
                                     U.S. Marshal ( )    Pltf's Attorney ( )
Standard Order 93-5             ( )
Order to Show Cause             ( )  with Petition attached & mailed certified mail
                                     to:  US Atty Gen   ( )    PA Atty Gen ( )
                                          DA of County  ( )    Respondents ( )
Bankruptcy Court                ( )
Other_____    ( )
                                                    MARY E. D'ANDREA, Clerk
```

DATE: 2/12/01                                              BY: STB
                                                                Deputy Clerk