AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

MIDDLE **DISTRICT OF** PENNSYLVANIA

RANDY YORDY,
   Plaintiff

## SUMMONS IN A CIVIL CASE

V.

SCOTT BROWN, PAUL EVANKO, BERON F. STEAGER, AND BARRY L. BRINSER, JOHN DOE 1; JOHN DOE 2; JOHN DOE 3; and JOHN DOE 4,
   Defendants

CASE NUMBER: 1:01-CV-0206
Judge Kane

TO: (Name and address of defendant)

( see complt.)

FILED
HARRISBURG
FEB 2 0 2001
MARY E. D'ANDREA, CLERK
Per_____
DEPUTY CLERK

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Spero T. Lappas, Esq.
205 State Street
Harrisburg, Pa. 1710-0808
(717) 238-4286

an answer to the complaint which is herewith served upon you, within ___(20) Twenty___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

| Mary E. D'Andrea, Clerk | February 1, 2001 |
|---|---|
| CLERK | DATE |

_George T. Gardner_
(BY) DEPUTY CLERK
George T. Gardner

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

RETURN OF SERVICE OF PROCESS

PLAINTIFF Randy Yordy             COURT CASE NUMBER 1:01-CV-0206
DEFENDANT Barry Brinser           TYPE OF PROCESS Civil Complaint

SERVE Barry Brinser @ PSP Jonestown
(Name individual, company; corporation, etc. to be served)

AT RD#2, Box 4070, Jonestown, PA 17038-9574
(Show Address)

SPECIAL INSTRUCTIONS OR OTHER INFORMATION REGARDING SERVICE _____.
_____
_____

CERTIFICATE OF SERVICE
I HEREBY CERTIFY THAT:

__✓__ I have personally served individual, (company) or corporation above.
_____ I have made service by mail as authorized by state law to the individual, company or corporation above. Appropriate state law authorizing this type of service is
_____. If certified mail was authorized, attach green cards to this form.
_____ I have legal evidence of service, described under Remarks and attached hereto. (Domiciliary service, Substituted service.)
_____ I am unable to serve the process. (See Remarks)

NAME OF PERSON SERVED: Corp. KRUTE
TITLE (IF ANY) OF PERSON SERVED: CORPORAL (TPR. B. BRINSER's SUPERVISOR)
ADDRESS WHERE SERVED: PSP Jonestown Station, Route 72, RD-2, Box 4070, Jonestown, PA 17038-9574
DATE AND TIME OF PERSONAL SERVICE: 3:30PM on Monday, February 5, 2001
REMARKS: _____

____2-5-01____                    ____Matthew E. Hurt____
    Date                           Signature of Process Server

RETURN THE ORIGINAL OF THIS FORM WITH THE ORIGINAL SUMMONS FORM TO:
OFFICE OF THE CLERK OF COURT, U.S. DISTRICT COURT
(Clerk's address in which the assigned judge is located. Refer to the Notice of Judicial Assignment form.)

# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

## RETURN OF SERVICE OF PROCESS

PLAINTIFF __Randy Yordy__   COURT CASE NUMBER __1:01-CV-0206__
DEFENDANT __Scott Brown__   TYPE OF PROCESS _____

SERVE __Tpr. Scott Brown__
(Name individual, company; corporation, etc. to be served)

AT __PSP Montoursville Troop "F", HQ, Tule + Cherry St, Montoursville, PA 17754-006__
(Show Address)

SPECIAL INSTRUCTIONS OR OTHER INFORMATION REGARDING SERVICE _____

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT:

__✓__ I have personally served individual, (company) or corporation above.
____ I have made service by mail as authorized by state law to the individual, company or corporation above. Appropriate state law authorizing this type of service is _____. If certified mail was authorized, attach green cards to this form.
____ I have legal evidence of service, described under Remarks and attached hereto. (Domiciliary service, Substituted service.)
____ I am unable to serve the process. (See Remarks)

NAME OF PERSON SERVED: __Captain Coleman McDonough__
TITLE (IF ANY) OF PERSON SERVED: __Commanding Officer, Troop "F" Montoursville__
ADDRESS WHERE SERVED: __Tule + Cherry Sts., Montoursville, PA 17754-006F__

DATE AND TIME OF PERSONAL SERVICE: __11:00 AM - Monday - February 5, 2001__
REMARKS: _____

__2-5-01__                    __Matthew E. Hunt__
Date                          Signature of Process Server

RETURN THE ORIGINAL OF THIS FORM WITH THE ORIGINAL SUMMONS FORM TO:
   OFFICE OF THE CLERK OF COURT, U.S. DISTRICT COURT
   (Clerk's address in which the assigned judge is located. Refer to the Notice of Judicial Assignment form.)

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

RETURN OF SERVICE OF PROCESS

PLAINTIFF Randy Yordy         COURT CASE NUMBER 1:01-CV-0206
DEFENDANT Beron Steager       TYPE OF PROCESS _____

SERVE Officer Beron Steager
(Name individual, company; corporation, etc. to be served)

AT Troop H, Harrisburg PA
(Show Address)

SPECIAL INSTRUCTIONS OR OTHER INFORMATION REGARDING SERVICE _____.
_____

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT:

_____ I have personally served individual, company or corporation above.
_____ I have made service by mail as authorized by state law to the individual, company or corporation above. Appropriate state law authorizing this type of service is _____. If certified mail was authorized, attach green cards to this form.
_____ I have legal evidence of service, described under Remarks and attached hereto. (Domiciliary service, Substituted service.)
_____ I am unable to serve the process. (See Remarks)

NAME OF PERSON SERVED: Myra Taylor
TITLE (IF ANY) OF PERSON SERVED: Sgt.
ADDRESS WHERE SERVED: Troop H, Bretz Ave Harrisburg, PA
DATE AND TIME OF PERSONAL SERVICE: 2/2/01 - 9:35 AM
REMARKS: _____

2/2/01                          Marcia Gates
Date                            Signature of Process Server

RETURN THE ORIGINAL OF THIS FORM WITH THE ORIGINAL SUMMONS FORM TO:
    OFFICE OF THE CLERK OF COURT, U.S. DISTRICT COURT
    (Clerk's address in which the assigned judge is located. Refer to the
    Notice of Judicial Assignment form.)

# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

## RETURN OF SERVICE OF PROCESS

PLAINTIFF **Randy Yordy**           COURT CASE NUMBER **1:01-CV-0206**
DEFENDANT **Paul Evanko**           TYPE OF PROCESS _____

SERVE **Paul Evanko**
(Name individual, company; corporation, etc. to be served)

AT **PSP, 1800 Elmerton Ave, Harrisburg, PA**
(Show Address)

SPECIAL INSTRUCTIONS OR OTHER INFORMATION REGARDING SERVICE _____
_____

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT:

**X** I have personally served individual, company or corporation above.

___ I have made service by mail as authorized by state law to the individual, company or corporation above. Appropriate state law authorizing this type of service is _____. If certified mail was authorized, attach green cards to this form.

___ I have legal evidence of service, described under Remarks and attached hereto. (Domiciliary service, Substituted service.)

___ I am unable to serve the process. (See Remarks)

NAME OF PERSON SERVED: **William London**
TITLE (IF ANY) OF PERSON SERVED: **Security**
ADDRESS WHERE SERVED: **1800 Elmerton Ave, Harrisburg, PA**
DATE AND TIME OF PERSONAL SERVICE: **2/2/01**
REMARKS: _____

**2/2/01**                                **Marcia Gales**
Date                                      Signature of Process Server

RETURN THE ORIGINAL OF THIS FORM WITH THE ORIGINAL SUMMONS FORM TO:
OFFICE OF THE CLERK OF COURT, U.S. DISTRICT COURT
(Clerk's address in which the assigned judge is located. Refer to the Notice of Judicial Assignment form.)