See att[ach]ed

8
3/1/01

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

RANDY YORDY,
    Plaintiff

v.

SCOTT BROWN, PAUL EVANKO,
BERON F. STEAGER, AND BARRY L.
BRINSER, et al.,
    Defendants

No. 1:01-CV-0206

(Judge Kane)

FILED
HARRISBURG
FEB 28 2001
MARY E. D'ANDREA, CLERK
Per_____ DEPUTY CLERK

**ORDER**

AND NOW, this 28th day of February, 2001, upon consideration of defendants' motion, IT IS HEREBY ORDERED that the due date for defendants' brief in support of their motion to dismiss the complaint is extended to April 5, 2001.

BY THE COURT:

_____
YVETTE KANE
**United States District Judge**

UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

\* \* MAILING CERTIFICATE OF CLERK \* \*

February 28, 2001

Re:   1:01-cv-00206    Yordy v. Brown

True and correct copies of the attached were mailed by the clerk to the following:

Spero T. Lappas, Esq.
205 State St.
PO Box 808
Harrisburg, PA  17108-0808

Gregory R. Neuhauser, Esq.
Office of Attorney General
Strawberry Square
15th Floor
Harrisburg, Pa  17120

cc:
Judge                              ( )                    ( ) Pro Se Law Clerk
Magistrate Judge                   ( )                    ( ) INS
U.S. Marshal                       ( )                    ( ) Jury Clerk
Probation                          ( )
U.S. Attorney                      ( )
Atty. for Deft.                    ( )
Defendant                          ( )
Warden                             ( )
Bureau of Prisons                  ( )
Ct Reporter                        ( )
Ctroom Deputy                      ( )
Orig-Security                      ( )
Federal Public Defender            ( )
Summons Issued                     ( ) with N/C attached to complt. and served by:
                                       U.S. Marshal ( )    Pltf's Attorney ( )
Standard Order 93-5                ( )
Order to Show Cause                ( ) with Petition attached & mailed certified mail
                                       to:  US Atty Gen    ( )    PA Atty Gen ( )
                                            DA of County   ( )    Respondents ( )

Bankruptcy Court                   ( )
Other_____        ( )

MARY E. D'ANDREA, Clerk

2/28/01