**ORIGINAL**

The Law Offices of SPERO T. LAPPAS
205 State Street
Harrisburg, PA 17108-0808
(717) 238-4286
   By: SPERO T. LAPPAS, Esquire
       Pa. Supreme Court identification no. 25745
ATTORNEYS FOR PLAINTIFF

---

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

RANDY YORDY,                      :  NO.: 1:01-CV-0206
         Plaintiff                :
                                  :  CIVIL ACTION LAW
         v.                       :
                                  :  JUDGE KANE
SCOTT BROWN, PAUL EVANKO,         :
BERON STEAGER, AND BARRY L.       :
BRINSER, et. al.,                 :
         Defendants               :  JURY TRIAL DEMANDED

FILED HARRISBURG
MAR 2 0 2001
MARY E. D'ANDREA, CLERK
Per ___ DEPUTY CLERK

---

**PLAINTIFF'S MOTION FOR EXTENSION OF TIME FILE
BRIEF IN OPPOSITION TO DEFENDANTS' MOTION TO DISMISS THE COMPLAINT**

---

1.  Plaintiff filed his Complaint in this matter on February 1, 2001.

2.  Defendants filed a Motion to dismiss the Complaint on February 20, 2001.

3.  On March 12, 2001 Defendants filed a Brief in Support of their Motion to Dismiss the Complaint.

4.  Defendants' Motion raises a number of complex issues and requires additional time for Plaintiff's response.

5.  Plaintiff requests an extension of time to April 30, 2001 in which to file his Brief in Opposition to Defendants' Motion.

WHEREFORE, Plaintiff requests that this Motion be granted.

RESPECTFULLY SUBMITTED,

The Law Offices of SPERO T. LAPPAS

By: _____
SPERO T. LAPPAS, Esquire
Pa. Supreme Ct. ID no. 25745
205 State Street
P.O. Box 808
Harrisburg, PA  17108-0808
(717) 238-4286
ATTORNEYS FOR PLAINTIFF

Case 1:01-cv-00208-YK   Document 11   Filed 03/20/2001   Page 2 of 4

The Law Offices of SPERO T. LAPPAS
205 State Street
Post Office Box 808
Harrisburg, Pennsylvania  17108-0808
Telephone (717) 238-4286
FAX (717) 238-4826

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RANDY YORDY, | NO.: 1:01-cv-0206 |
| Plaintiff | |
| | CIVIL ACTION LAW |
| v. | |
| | (JUDGE KANE) |
| SCOTT BROWN, PAUL EVANKO, | |
| BERON STEAGER, AND BARRY L. | |
| BRINSER, et. al., | |
| Defendants | |

## CERTIFICATE OF CONCURRENCE

I hereby certify that on March 19, 2001, I discussed this motion with Attorney Gregory R. Neuhauser, Counsel for the Defendants, and he concurs.

RESPECTFULLY SUBMITTED,

The Law Offices of SPERO T. LAPPAS

By: _____
SPERO T. LAPPAS, Esquire
Pa. Supreme Ct. ID no. 25745
205 State Street
P.O. Box 808
Harrisburg, PA  17108-0808
(717) 238-4286
ATTORNEYS FOR PLAINTIFFS

The Law Offices of SPERO T. LAPPAS
205 State Street
Post Office Box 808
Harrisburg, Pennsylvania   17108-0808
(717) 238-4286
   By:  SPERO T. LAPPAS, Esquire
        Pa. Supreme Court identification no. 25745
ATTORNEY FOR PLAINTIFF

## CERTIFICATE OF SERVICE

I hereby certify that on this date I served a true copy of the attached document upon the person(s) named below by mailing a copy addressed as follows, postage pre-paid, deposited into the U. S. Mail at  Harrisburg, Pennsylvania.

Gregory R. Neuhauser, Senior Deputy Attorney General
Office of Attorney General
15th Floor, Strawberry Square
Harrisburg, PA  17120

RESPECTFULLY SUBMITTED,

The Law Offices of SPERO T. LAPPAS

By: _____
SPERO T. LAPPAS, Esquire
Pa. Supreme Ct. ID no. 25745
205 State Street
P.O. Box 808
Harrisburg, PA  17108-0808
(717) 238-4286
ATTORNEYS FOR PLAINTIFFS