cc. Lapper Neuhause, ct

(12 pm
3/27/01)

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RANDY YORDY, | : | NO.: 1:01-CV-0206 |
| Plaintiff | : | |
| | : | CIVIL ACTION LAW |
| v. | : | |
| | : | JUDGE KANE |
| SCOTT BROWN, PAUL EVANKO, | : | |
| BERON STEAGER, AND BARRY L. | : | |
| BRINSER, et. al., | : | |
| Defendants | : | JURY TRIAL DEMANDED |

FILED
HARRISBURG, PA

MAR 2 6 2001

MARY E. D'ANDREA, CLERK
PER_____ DEPUTY CLERK

## ORDER

AND NOW, this 16th day of March, 2001, it is hereby Ordered that Plaintiff may timely file his Brief in Opposition to Defendants' Motion to Dismiss on or before April 30, 2001.

BY THE COURT:

_____
JUDGE