See Attachment

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

RANDY YORDY,
        Plaintiff

v.

SCOTT BROWN, PAUL EVANKO,
BERON F. STEAGER, BARRY L.
BRINSER, et al.,
        Defendants

CIVIL ACTION NO. 1:CV-01-0206
Judge Kane

FILED
HARRISBURG
SEP 2 7 2001
MARY E. D'ANDREA, CLERK
Per_____ DEPUTY CLERK

## ORDER

AND NOW, this 27th day of September, 2001, **IT IS ORDERED THAT** Defendants' motion to dismiss (Doc. No. 4) is **DENIED**.

                                                  Yvette Kane
                                                  United States District Judge

UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

\* \* MAILING CERTIFICATE OF CLERK \* \*

September 27, 2001

Re:  1:01-cv-00206    Yordy v. Brown

True and correct copies of the attached were mailed by the clerk to the following:

Spero T. Lappas, Esq.
205 State St.
PO Box 808
Harrisburg, PA  17108-0808

Gregory R. Neuhauser, Esq.
Office of Attorney General
Strawberry Square
15th Floor
Harrisburg, Pa  17120

```
cc:
Judge                             (✓)              ( ) Pro Se Law Clerk
Magistrate Judge                  ( )              ( ) INS
U.S. Marshal                      ( )              ( ) Jury Clerk
Probation                         ( )
U.S. Attorney                     ( )
Atty. for Deft.                   ( )
Defendant                         ( )
Warden                            ( )
Bureau of Prisons                 ( )
Ct Reporter                       ( )
Ctroom Deputy                     ( )
Orig-Security                     ( )
Federal Public Defender           ( )
Summons Issued                    ( ) with N/C attached to complt. and served by:
                                      U.S. Marshal ( )    Pltf's Attorney ( )
Standard Order 93-5               ( )
Order to Show Cause               ( ) with Petition attached & mailed certified mail
                                      to:  US Atty Gen   ( )    PA Atty Gen ( )
                                           DA of County  ( )    Respondents ( )
Bankruptcy Court                  ( )
Other_____      ( )
```

MARY E. D'ANDREA, Clerk

9-27-01