CC: Ct Sign

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

## MINUTES OF CONFERENCE

CASE:   **YORDY V. BROWN**   1:CV-01-206

DATE:  October 30, 2001 @ 9:30 a.m.

Honorable Yvette Kane presiding, Harrisburg, Pennsylvania, in chambers.

Nature of Conference: CASE MANAGEMENT CONFERENCE – (TC)

Time Commenced: 9:30   Time Terminated: 9:37

**PLAINTIFF: APPEARANCES**       **DEFENDANT: APPEARANCES**

Lappas                           Neuhauser

**REMARKS**

July / ~~June~~ / ~~Jan~~ Feb./ coord

FILED
HARRISBURG, PA

OCT 30 2001

MARY E. D'ANDREA, CLERK
Per _____ Deputy Clerk