**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| RANDY YORDY,<br>    **Plaintiff** | : | |
| | : | |
| | : | **No. 1:01-CV-0206** |
| v. | : | |
| | : | **(Judge Kane)** |
| SCOTT BROWN, PAUL EVANKO, | : | |
| BERON F. STEAGER, AND BARRY L. | : | |
| BRINSER, <u>et</u> <u>al.</u>, | : | |
|    **Defendants** | : | |


<u>**JOINT MOTION FOR MODIFICATIONS
TO SCHEDULING ORDER**</u>


Plaintiff and defendant, by their respective counsel, hereby jointly move the Court for modifications to the scheduling order in this action and respectfully propose revised dates in accordance with the attached proposed order.  In support hereof, the parties state as follows:

1.    This is a civil action for damages brought pursuant to 42 U.S.C. §1983.

2.    The parties have conducted discovery, including the exchange of interrogatories and documents and the taking of depositions.

3.    Several depositions remain to be taken, however.

4.    Due to problems associated with coordination of counsel's and witnesses' schedules and plaintiff's counsel's absence from his office because of illness, the parties have not been able to complete discovery by the deadline established in the Court's scheduling order.

5.    Counsel for the parties believe that an enlargement of discovery to April 30, 2002, will enable the completion of discovery without an unreasonable delay in the trial schedule.

6.    Attached hereto is a proposed order which counsel submit for the Court's

consideration in order to modify the schedule in this case.

     7.     This is the first request by the parties to modify any pretrial deadlines.

     Wherefore, the parties' joint motion for modifications to the scheduling order should be granted.

                                   **Respectfully submitted,**

**SPERO T. LAPPAS**  
205 State Street  
P.O. Box 808  
Harrisburg, PA  17108-0808

**Counsel for Plaintiff**

**GREGORY R. NEUHAUSER**  
Senior Deputy Attorney General  
15th Floor, Strawberry Square  
Harrisburg, PA  17120

**Counsel for Defendant**

**DATED:** 3/6/02

# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

RANDY YORDY,  :
      **Plaintiff**  :
  :
  :    No. 1:01-CV-0206
  **v.**  :
  :    (Judge Kane)
SCOTT BROWN, PAUL EVANKO,  :
BERON F. STEAGER, AND BARRY L.  :
BRINSER, <u>et</u> <u>al.</u>,  :
      **Defendants**  :

## CERTIFICATE OF SERVICE

I, **GREGORY R. NEUHAUSER,** Senior Deputy Attorney General for the

Commonwealth of Pennsylvania, Office of Attorney General, hereby certify that on **March 07,**

**2002,** I caused to be served a true and correct copy of the foregoing document **Joint Motion for**

**Modifications to Scheduling Order** by depositing it in the United States mail, first-class

postage prepaid to the following:

Spero T. Lappas, Esquire
205 State Street
Harrisburg, PA 17101-0808


**GREGORY R. NEUHAUSER**
**Senior Deputy Attorney General**