IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RANDY YORDY, | CIVIL ACTION NO. |
| Plaintiff | 1:CV-01-206 |
| v. | Judge Kane |
| SCOTT BROWN, individually and in his official capacity as an employee of the Pennsylvania State Police, et al., | |
| Defendants | |

## O R D E R

**AND NOW** this 12th day of March, 2002, upon consideration of the parties' joint motion to modify the scheduling order, **IT IS HEREBY ORDERED THAT** the case management order issued November 1, 2001 is **AMENDED** as follows:

| | |
|---|---|
| Close of Fact Discovery: | April 30, 2002 |
| Report of Experts: | May 15, 2002 |
| Response Reports to Experts Reports: | May 30, 2002 |
| Dispositive Motions and Supporting Briefs due: | June 15, 2002 |
| Local Rule 16.3 Attorney Conference and Exchange of Proposed Jury Instructions: On or before: | July 30, 2002 |
| Motions In Limine Due: | August 9, 2002 |
| Pretrial Memoranda Due: | August 16, 2002 |
| Pretrial and Settlement Conference: | August 26, 2002 - 10:00 a.m. |
| Joint Jury Instructions with Objections and Proposed Voir Dire Questions Due: | September 4, 2002 |
| Jury Selection and Trial: | September 9, 2002 - 9:30 a.m. |

Yvette Kane
United States District Judge