FILED
HARRISBURG, PA

JUN 17 2002

MARY E. D'ANDREA, CLERK
Per _____
Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

RANDY YORDY, :
    Plaintiff :
: No. 1:01-CV-0206
v. :
: (Judge Kane)
SCOTT BROWN, PAUL EVANKO, :
BERON F. STEAGER, AND BARRY L. :
BRINSER, et al., :
    Defendants :

### MEMORANDUM IN SUPPORT OF
### JOINT MOTION TO MODIFY SCHEDULING ORDER

For the reasons outlined in the accompanying motion, counsel for the parties respectfully request that this action be removed from the September 2002 trial list and re-listed for trial in October 2002 in order to allow sufficient time for the completion of remaining fact discovery and preparation for trial.

Respectfully submitted,

D. MICHAEL FISHER
Attorney General

By: *[signature]*
GREGORY R. NEUHAUSER
Senior Deputy Attorney General

SUSAN J. FORNEY
Chief Deputy Attorney General
Chief, Litigation Section

OFFICE OF ATTORNEY GENERAL
15th Floor, Strawberry Square
Harrisburg, PA   17120
717-787-8106

DATE: June 17, 2002

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **RANDY YORDY,** : | |
| Plaintiff : | |
| : | No. 1:01-CV-0206 |
| v. : | |
| : | (Judge Kane) |
| **SCOTT BROWN, PAUL EVANKO,** : | |
| **BERON F. STEAGER, AND BARRY L.** : | |
| **BRINSER, et al.,** : | |
| Defendants : | |

### CERTIFICATE OF SERVICE

I, **GREGORY R. NEUHAUSER,** Senior Deputy Attorney General for the Commonwealth of Pennsylvania, Office of Attorney General, hereby certify that on **June 17, 2002**, I caused to be served a true and correct copy of the foregoing document **Memorandum in Support of Joint Motion to Modify Scheduling Order,** by depositing it in the United States mail, first-class postage prepaid to the following:

Spero T. Lappas, Esquire
205 State Street
Harrisburg, PA  17101-0808

*[signature]*
**GREGORY R. NEUHAUSER**
**Senior Deputy Attorney General**