IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RANDY YORDY,<br>　　　　Plaintiff<br><br>　　v.<br><br>SCOTT BROWN, PAUL EVANKO,<br>BERON F. STEAGER and BARRY L.<br>BRINSNER, et al.,<br>　　　　Defendants | CIVIL ACTION NO.<br>1:CV-01-206<br><br>Judge Kane |

**FILED**
HARRISBURG

JUN 2 6 2002

MARY E. D'ANDREA, CLERK
Per_____
　　　DEPUTY CLERK

**O R D E R**

**AND NOW** this 26th day of June, 2002, upon consideration of the parties' joint motion to modify the scheduling order, **IT IS HEREBY ORDERED THAT** the Case Management Order dated March 12, 2002 is **AMENDED** as follows:

| | |
|---|---|
| Local Rule 16.3 Attorney Conference and Exchange of Proposed Jury Instructions: On or before: | August 30, 2002 |
| Motions In Limine Due: | September 6, 2002 |
| Pretrial Memoranda Due: | September 18, 2002 |
| Pretrial and Settlement Conference: | September 26, 2002 - 2:00 p.m. |
| Joint Jury Instructions with Objections and Proposed Voir Dire Questions Due: | October 2, 2002 |
| Jury Selection and Trial: | October 7, 2002 - 9:30 a.m. |

_____
Yvette Kane
United States District Judge