ORIGINAL

FILED
HARRISBURG, PA

AUG 27 2002

MARY E. D'ANDREA, CLERK
Per _____
Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RANDY YORDY,<br>    Plaintiff | :<br>:<br>:   No. 1:01-CV-0206 |
| v. | :<br>:   (Judge Kane) |
| SCOTT BROWN, PAUL EVANKO,<br>BERON F. STEAGER, AND BARRY L.<br>BRINSER, et al.,<br>    Defendants | :<br>:<br>:<br>: |

**DEFENDANTS' MOTION FOR EXTENSION OF
DEADLINE FOR MOTIONS IN LIMINE**

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, Defendants, by their attorneys, move the Court for a one-week enlargement of the deadline for motions *in limine* from September 6, 2002 to September 13, 2002, and in support hereof state as follows:

    1.     This is a civil action for damages brought pursuant to 42 U.S.C. § 1983.

2. In accordance with the revised scheduling order in this case, motions *in limine* are due to be filed on or before September 6, 2002.

3. Counsel for Defendants will be on vacation the week of September 1, 2002 with his family and requests a one-week extension of the deadline for motions *in limine*.

4. Plaintiff's counsel has been contacted and he does not oppose this request.

WHEREFORE, Defendants' motion for extension of the deadline for motions *in limine* should be granted.

                                              **Respectfully submitted,**

                                              D. MICHAEL FISHER
                                              Attorney General

By: _/s/ Gregory Neuhauser_
GREGORY R. NEUHAUSER
Senior Deputy Attorney General

SUSAN J. FORNEY
Chief Deputy Attorney General
Chief, Litigation Section

OFFICE OF ATTORNEY GENERAL
15th Floor, Strawberry Square
Harrisburg, PA   17120
717-787-8106

DATE: August 27, 2002

2

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RANDY YORDY,<br>　　Plaintiff<br><br>v.<br><br>SCOTT BROWN, PAUL EVANKO,<br>BERON F. STEAGER, AND BARRY L.<br>BRINSER, et al.,<br>　　Defendants | :<br>:<br>: No. 1:01-CV-0206<br>:<br>: (Judge Kane)<br>:<br>:<br>:<br>: |

## CERTIFICATE OF CONCURRENCE

Gregory R. Neuhauser, Senior Deputy Attorney General, hereby certifies that concurrence in the foregoing motion was sought and obtained from counsel for plaintiff, Spero T. Lappas, Esquire.

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　GREGORY R. NEUHAUSER
　　　　　　　　　　　　　　　　　　　**Senior Deputy Attorney General**

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

RANDY YORDY, :
    Plaintiff :
: No. 1:01-CV-0206
v. :
: (Judge Kane)
SCOTT BROWN, PAUL EVANKO, :
BERON F. STEAGER, AND BARRY L. :
BRINSER, et al., :
    Defendants :

## CERTIFICATE OF SERVICE

I, **GREGORY R. NEUHAUSER,** Senior Deputy Attorney General for the Commonwealth of Pennsylvania, Office of Attorney General, hereby certify that on **August 27, 2002**, I caused to be served a true and correct copy of the foregoing document **Defendants' Motion for Extension of Deadline for Motions In Limine,** by depositing it in the United States mail, first-class postage prepaid to the following:

Spero T. Lappas, Esquire
205 State Street
Harrisburg, PA  17101-0808

                                              _____
                                              GREGORY R. NEUHAUSER
                                              **Senior Deputy Attorney General**