IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

RANDY YORDY,  :
 :  No. 1:01-CV-0206
v.  :
 :  (Judge Kane)
SCOTT BROWN, PAUL EVANKO,  :
BERON F. STEAGER, AND BARRY L.  :
BRINSER, et al.,  :

FILED
HARRISBURG
SEP - 5 2002
MARY E. D'ANDREA, CLERK
Per_____
DEPUTY CLERK

## ORDER

AND NOW, this 3rd day of Sept, 2002, upon consideration of Defendants' motion and Plaintiff's concurrence therewith, IT IS HEREBY ORDERED that the deadline for motions *in limine* is extended from September 6, 2002 to September 13, 2002.

BY THE COURT:

_____
YVETTE KANE
United States District Judge