

```
The Law Offices of SPERO T. LAPPAS
205 State Street
Post Office Box 808
Harrisburg, Pennsylvania  17108-0808
Telephone (717) 238-4286
     By:  SPERO T. LAPPAS, Esquire
          Pa. Supreme Court Identification No. 25745
ATTORNEY FOR PLAINTIFF
```

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RANDY YORDY, | : | NO.: 1:01-CV-0206 |
| Plaintiff | : | |
| | : | CIVIL ACTION - LAW |
| v. | : | |
| | : | JUDGE KANE |
| SCOTT BROWN, PAUL EVANKO, | : | |
| BERON STEAGER, and BARRY L. | : | |
| BRINSER, et al., | : | |
| Defendants | : | JURY TRIAL DEMANDED |

## MOTION TO RESCHEDULE TRIAL

1.   This case is presently scheduled for trial during the October term of court.

2.   Plaintiff's counsel recently learned that a medical malpractice case which had been scheduled for trial during the Dauphin County September term of court would be rescheduled for the October term of court.

3. This attachment makes it necessary to request a continuance of this trial.

4. The Defendants are in concurrence with this Motion. However, Attorney Gregory Neuhauser, counsel for the Defendants, indicates that he is scheduled for trial in November before Chief Judge Vanaskie.

WHEREFORE, both counsel request that the October trial in this matter be canceled and that the trial be rescheduled for December, 2002.

RESPECTFULLY SUBMITTED,

The Law Offices of SPERO T. LAPPAS

By: _____
SPERO T. LAPPAS, Esquire
Pa. Supreme Ct. ID no. 25745
205 State Street
P.O. Box 808
Harrisburg, PA 17108-0808
(717) 238-4286
ATTORNEY FOR PLAINTIFF

SPERO T. LAPPAS, ESQUIRE
ATTORNEY AND COUNSELLOR AT LAW
205 State Street
Post Office Box 808
Harrisburg, Pennsylvania  17108-0808
(717)  238-4286

## CERTIFICATE OF CONCURRENCE

I certify that I have spoken with Gregory Neuhauser, counsel for the Defendants, concerning this matter and that he concurs.

RESPECTFULLY SUBMITTED,

_____
SPERO T. LAPPAS, ESQUIRE
205 STATE STREET
HARRISBURG, PA. 17108-0808

SPERO T. LAPPAS, ESQUIRE
ATTORNEY AND COUNSELLOR AT LAW
205 State Street
Post Office Box 808
Harrisburg, Pennsylvania  17108-0808
(717)  238-4286

## CERTIFICATE OF SERVICE

I hereby certify that on September 6, 2002, I served a true copy of the attached document upon the person named below by mailing a copy addressed as follows, postage prepaid, deposited into the U.S. Mail at Harrisburg, Pennsylvania.

Gregory R. Neuhauser, Esquire
Senior Deputy Attorney General
Office of Attorney General
15th Floor, Strawberry Square
Harrisburg, PA  17120

RESPECTFULLY SUBMITTED,

SPERO T. LAPPAS, ESQUIRE
205 STATE STREET
HARRISBURG, PA. 17108-0808