IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RANDY YORDY, | : | CIVIL ACTION NO. |
| Plaintiff | : | 1:CV-01-206 |
| | : | |
| v. | : | Judge Kane |
| | : | |
| SCOTT BROWN, PAUL EVANKO, | : | |
| BERON STEAGER, and BARRY L. | : | |
| BRINSER, et al., | : | |
| Defendants | : | |

FILED
HARRISBURG

SEP 18 2002

MARY E. D'ANDREA, CLERK
Per_____
        DEPUTY CLERK

**O R D E R**

AND NOW this 17th day of September, 2002, upon the Motion for rescheduling the trial date, **IT IS HEREBY ORDERED THAT** jury selection in this matter is **CONTINUED** to Monday, December 2, 2002 at 9:30 a.m. **IT IS FURTHER ORDERED THAT** the following case management deadlines are established:

| | |
|---|---|
| Pretrial Memoranda Due: | November 15, 2002 |
| Pretrial and Settlement Conference: | November 19, 2002 - 10:00 a.m. |
| Joint Jury Instructions with Objections and Proposed Voir Dire Questions Due: | November 27, 2002 |

Yvette Kane
United States District Judge