ORIGINAL

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RANDY YORDY,<br>       Plaintiff | : | NO.: 1:01-CV-0206 |
| | : | |
| v. | : | CIVIL ACTION - LAW |
| | : | |
| | : | JUDGE KANE |
| SCOTT BROWN, PAUL EVANKO,<br>BERON STEAGER, and BARRY L.<br>BRINSER, et al., | : | |
|        Defendants | : | JURY TRIAL DEMANDED |

FILED
HARRISBURG, PA
OCT 1 1 2002
MARY E. D'ANDREA, CL
Per _____
Deputy Clerk

### PRAECIPE TO AMEND APPEARANCE

Please amend the appearance of Spero T. Lappas, Esquire, as counsel in this case to reflect the following law firm designation, address, and phone number.

RESPECTFULLY SUBMITTED,

SERRATELLI, SCHIFFMAN, BROWN & CALHOON, P.C.

By: _____
SPERO T. LAPPAS, Esquire
Pa. Supreme Ct. ID No. 25745
2080 Linglestown Rd., Suite 201
Harrisburg, PA 17110
(717) 540-9170

## CERTIFICATE OF SERVICE

I hereby certify that on September 6, 2002, I served a true copy of the attached document upon the person named below by mailing a copy addressed as follows, postage prepaid, deposited into the U.S. Mail at Harrisburg, Pennsylvania.

Gregory R. Neuhauser, Esquire
Senior Deputy Attorney General
Office of Attorney General
15th Floor, Strawberry Square
Harrisburg, PA  17120

RESPECTFULLY SUBMITTED,

SERRATELLI, SCHIFFMAN, BROWN & CALHOON, P.C.

By _____
SPERO T. LAPPAS, ESQUIRE
2080 LINGLESTOWN RD., SUITE 201
HARRISBURG, PA 17110

10/1/02