IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

RANDY YORDY, :
    PLAINTIFF :
v. :
    : CIVIL ACTION 1:01-CV-0206
SCOTT BROWN, :
individually : JURY TRIAL DEMANDED
and in his official capacity :
as an employee and agent of :
the PENNSYLVANIA STATE POLICE : JUDGE KANE
    Defendant :
:
PAUL EVANKO, :
individually :
and in his official capacity :
as an employee and agent of :
the PENNSYLVANIA STATE POLICE :
    Defendant, et al. :

FILED
HARRISBURG
OCT 1 6 2002
MARY E. D'ANDREA, CLERK
Per_____
DEPUTY CLERK

## ORDER

AND NOW this 15th day of October, 2002, upon the Plaintiff;s Motion, the Plaintiff's brief in opposition to the Defendant's Motion in Limine may be timely filed on or before October 24, 2002.

YVETTE KANE,
UNITED STATES DISTRICT JUDGE