IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **RANDY YORDY** | : | CIVIL ACTION NO. 1:CV-01-0206 |
|     **Plaintiff** | : | |
| | : | Judge Kane |
| v. | : | |
| | : | |
| **SCOTT BROWN, et al.** | : | |
|     **Defendants** | : | |

FILED
HARRISBURG
OCT 31 2002
MARY E. D'ANDREA, CLERK
Per_____
DEPUTY CLERK

**ORDER**

AND NOW this 30th day of October, 2002, **IT IS HEREBY ORDERED THAT** upon request of the Plaintiff, and with the concurrence of the Defendants, Plaintiff's Motion for Continuance of Trial is **GRANTED**. Jury Selection and Trial are continued to January 6, 2003, at 9:30 a.m., to be held in Court Room No. 4, Eighth Floor, Federal Building, Third and Walnut Streets, Harrisburg, Pennsylvania. The pretrial conference is rescheduled to December 18, 2002, at 2:00 p.m.

_____
Yvette Kane
United States District Judge