ORIGINAL

FILED
HARRISBURG, PA

NOV 1 2 2002

MARY E. D'ANDREA, CLERK
Per _____
         Deputy Clerk

11-13-02

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RANDY YORDY, <br>     Plaintiff | : <br> : <br> :   No. 1:01-CV-0206 |
| v. | : <br> :   (Judge Kane) |
| SCOTT BROWN, PAUL EVANKO, <br> BERON F. STEAGER, AND BARRY L. <br> BRINSER, et al., <br>     Defendants | : <br> : <br> : <br> : |

**MEMORANDUM IN SUPPORT OF DEFENDANT'S MOTION FOR
LEAVE TO FILE MOTION FOR SUMMARY JUDGMENT**

     For the reasons outlined in the accompanying motion, the Court should exercise its discretion to grant leave to defendant Evanko to file a motion for summary judgment in this action. See Trustees of University of Pennsylvania v. Lexington Ins. Co., 815 F.2d 890, 911 n. 17 (3d Cir. 1987).

                    Respectfully submitted,

                    D. MICHAEL FISHER  
                    Attorney General

By: _____  
                    GREGORY R. NEUHAUSER  
                    Senior Deputy Attorney General

                    SUSAN J. FORNEY  
                    Chief Deputy Attorney General  
                    Chief, Litigation Section

OFFICE OF ATTORNEY GENERAL  
15th Floor, Strawberry Square  
Harrisburg, PA   17120  
717-787-8106

DATE: November 12, 2002

FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RANDY YORDY,<br>  Plaintiff<br><br>v.<br><br>SCOTT BROWN, PAUL EVANKO,<br>BERON F. STEAGER, AND BARRY L.<br>BRINSER, et al.,<br>  Defendants | :<br>:<br>: No. 1:01-CV-0206<br>:<br>: (Judge Kane)<br>:<br>:<br>:<br>:<br>: |

## CERTIFICATE OF SERVICE

I, **GREGORY R. NEUHAUSER,** Senior Deputy Attorney General for the Commonwealth of Pennsylvania, Office of Attorney General, hereby certify that on **November 12, 2002**, I caused to be served a true and correct copy of the foregoing document **Memorandum in Support of Defendants' Motion for Leave to File Motion for Summary Judgment,** by depositing it in the United States mail, first-class postage prepaid to the following:

Spero T. Lappas, Esquire
Serratelli, Schiffman, Brown and Calhoon, P.C.
2080 Linglestown Road, Suite 201
Harrisburg, PA  17110

              _/s/ Gregory R. Neuhauser_
              GREGORY R. NEUHAUSER
              **Senior Deputy Attorney General**