2 Ct
P...

ORIGINAL

FILED
HARRISBURG, PA
NOV 2 7 2002
MARY E. D'ANDREA, CLERK

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **RANDY YORDY,** | : | |
| **Plaintiff** | : | |
| | : | **No. 1:01-CV-0206** |
| **v.** | : | |
| | : | **(Judge Kane)** |
| **SCOTT BROWN, PAUL EVANKO,** | : | |
| **BERON F. STEAGER, AND BARRY L.** | : | |
| **BRINSER, et al.,** | : | |
| **Defendants** | : | |

**DEFENDANT EVANKO'S MOTION**
**FOR SUMMARY JUDGMENT**

Pursuant to Rule 56 of the Federal Rules of Civil Procedure, Defendant Paul Evanko, by his attorneys, moves the Court to enter summary judgment in his favor on the grounds that material facts are not in dispute with respect to plaintiff's claim against moving defendant and he is entitled to judgment as a matter of law thereon.

This motion is supported by the accompanying statement of material facts, exhibits in support and memorandum of law.

WHEREFORE, summary judgment should be entered in favor of defendant Paul Evanko.

**Respectfully submitted,**

**D. MICHAEL FISHER**
**Attorney General**

**By:** ______________________
**GREGORY R. NEUHAUSER**
**Senior Deputy Attorney General**

**SUSAN J. FORNEY**
**Chief Deputy Attorney General**
**Chief, Litigation Section**

**OFFICE OF ATTORNEY GENERAL**
**15th Floor, Strawberry Square**
**Harrisburg, PA 17120**
**717-787-8106**

**DATE: November 27, 2002**

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **RANDY YORDY,** | : | |
| **Plaintiff** | : | |
| | : | **No. 1:01-CV-0206** |
| **v.** | : | |
| | : | **(Judge Kane)** |
| **SCOTT BROWN, PAUL EVANKO,** | : | |
| **BERON F. STEAGER, AND BARRY L.** | : | |
| **BRINSER, et al.,** | : | |
| **Defendants** | : | |

**CERTIFICATE OF NONCONCURRENCE**

Gregory R. Neuhauser, Senior Deputy Attorney General, hereby certifies that concurrence in the foregoing motion was sought but not obtained from counsel for plaintiff, Spero T. Lappas, Esquire.

**GREGORY R. NEUHAUSER**
**Senior Deputy Attorney General**

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **RANDY YORDY,** | : | |
| **Plaintiff** | : | |
| | : | **No. 1:01-CV-0206** |
| **v.** | : | |
| | : | **(Judge Kane)** |
| **SCOTT BROWN, PAUL EVANKO,** | : | |
| **BERON F. STEAGER, AND BARRY L.** | : | |
| **BRINSER, et al.,** | : | |
| **Defendants** | : | |

## CERTIFICATE OF SERVICE

I, **GREGORY R. NEUHAUSER,** Senior Deputy Attorney General for the Commonwealth of Pennsylvania, Office of Attorney General, hereby certify that on **November 27, 2002**, I caused to be served a true and correct copy of the foregoing document **Defendant Evanko's Motion for Summary Judgment,** by depositing it in the United States mail, first-class postage prepaid to the following:

Spero T. Lappas, Esquire
Serratelli, Schiffman, Brown & Calhoon, P.C.
2080 Linglestown Road, Suite 201
Harrisburg, PA 17110

**GREGORY R. NEUHAUSER**
**Senior Deputy Attorney General**