

**ORIGINAL**

```
SERRATELLI, SCHIFFMAN, BROWN AND CALHOON, P.C.
2080 Linglestown Road
Suite 201
Harrisburg, Pennsylvania  17110-9670
Telephone (717) 540-9170
Fax (717) 540-5481
By:  SPERO T. LAPPAS, Esquire
     Pa. Supreme Court ID no. 25745
     slappas@ssbc-law.com
```

FILED
HARRISBURG, PA
DEC 1 2 2002
MARY E. D'ANDREA, C
Per _____ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

```
RANDY YORDY,                      :
     PLAINTIFF                    :
     v.                           :
                                  :  CIVIL ACTION 1:01-cv-0206
SCOTT BROWN,                      :
individually                      :  JURY TRIAL DEMANDED
and in his official capacity      :
as an employee and agent of       :
the PENNSYLVANIA STATE POLICE     :  JUDGE KANE
     Defendant                    :
                                  :
PAUL EVANKO,                      :
individually                      :
and in his official capacity      :
as an employee and agent of       :
the PENNSYLVANIA STATE POLICE     :
     Defendant, et alii           :
```

PLAINTIFF'S PRETRIAL MEMORANDUM

A.   FEDERAL JURISDICTION:   The causes of action brought in

---

SERRATELLI, SCHIFFMAN BROWN AND CALHOON, P.C.
By:  SPERO T. LAPPAS, Esquire

Page 1

this Complaint are brought pursuant to <u>inter alia</u> Title 42, United States Code, sections 1983, 1985 and 1988, and the Fourth and Fourteenth Amendments to the United States Constitution, and the Civil Rights laws of the United States. Jurisdiction is founded upon 28 USC § 1331 and 1341 and the aforementioned statutory and constitutional provisions.

B.  SUMMARY OF FACTS AND CONTENTIONS AS TO LIABILITY: Defendants Brown, Steager. and Brinser are liable to the Plaintiff for their assaults of the Plaintiffs and excessive use of force while effecting an arrest. Defendant Evanko is liable to the Plaintiff for the violations of Plaintiff's right to be free from unlawful police assaults (1) because Evanko had supervisory control over Brown and Evanko failed to act to correct Brown's conduct, <u>see</u>, <u>Robinson v. City of Pittsburgh</u>, 120 F.3d 1286, 1294-95 (3rd Cir. 1997); (2) because Evanko's inaction in the face of Brown's terrible record constituted deliberate indifference to the rights of persons with whom Brown came into contact, <u>see</u>, <u>Kneipp v. Tedder</u>, 95 F.3d 1199, 1212 (3rd Cir. 1996), citing <u>City of Canton v. Harris</u>, 489 U.S. 378, 388, 109 S.Ct. 1197, 1203-04, 103 L.Ed.2d 412 (1989); and (3) because Evanko's inaction created a danger which deprived the Plaintiff of his Fourteenth Amendment substantive due process rights. <u>See</u>, <u>Kneipp</u>, <u>supra</u>, 95 F.3d at 1205.

C. DAMAGES: Plaintiff's damages include the following:

---

*SERRATELLI, SCHIFFMAN BROWN AND CALHOON, P.C.*
*By: SPERO T. LAPPAS, Esquire*

a. he suffered the loss of income;

b. He was deprived of his liberty;

c. He suffered great humiliation, embarrassment, mortification, and distress;

d. He was subjected to unlawful, illegal and unreasonable and unconstitutional use of force;

e. He was subjected to unlawful, illegal and unreasonable and unconstitutional arrest, detention, confinement, and inconvenience;

f. He was deprived of his liberty in violation of the Constitutions of the United States of Pennsylvania and further in violation of state and federal law;

g. He was put in fear of his well-being;

h. He suffered the loss of valuable federally protected rights.

i. The Plaintiff sustained physical injuries, damages, and losses, including physical and mental pain and suffering;

j. The Plaintiff incurred medical expenses and other expenses related to the incident;

k. The Plaintiff has lost earnings and/or earning capacity;

l. The Plaintiff was required to undergo medical care;

m. The Plaintiff was required to incur costs and/or to expend money on medical care, health care, and incidental expenses;

n. The Plaintiff was for a time partially disabled;

o. The Plaintiff has suffered grave and severe physical injuries;

p. The Plaintiff has suffered great and severe physical and emotional pain, suffering and upset;

q. The Plaintiff has been prevented from taking part in and performing the activities of employment, home life,

        personal life and social and recreational activities;

r.    The Plaintiff has been forced to undergo great and substantial inconvenience, aggravation, and loss of life's pleasures.

He was hospitalized overnight at the Hershey medical Center. His medical bills are approximately $5,000.00.

E.    WITNESSES: The Plaintiff will call the witnesses on the attached witness list. The Plaintiff will also call the treating physicians identified in the medical/hospital records.

F.    EXPERT WITNESS TESTIMONY: The medical witnesses will testify about the Plaintiff's injuries. Corporal Baltimore, a state police firearms examiner will testify about his examination of defendant brown's gun. The mental health experts (Cadieux, Townsend, Greevy) will testify about their evaluations and treatment of defendant Brown.

G.    SPECIAL COMMENTS ABOUT PLEADINGS AND DISCOVERY: None.

H.    SUMMARY OF LEGAL ISSUES: The Plaintiff believes that there are no complicated legal issues in this case. The right to be free from police assaults is well established. Defendant Evanko's liability has been discussed <u>supra</u> and in the litigation of his Motion in Limine.

I.    STIPULATIONS: Authenticity and admissability of exhibits.

J.    ESTIMATED LENGTH OF TRIAL: 5 days.

K.    ANY OTHER MATTER: Defendant Evanko has filed a Motion for Summary Judgement out of time and the Plaintiff requests that it be

stricken.

    L.   EXHIBIT LIST:  Attached.

    M.   SPECIAL VERDICT QUESTIONS:  None requested.

    O.   VIDEOTAPE/TRIAL DEPOSITIONS;  None.

    P.   Not applicable.

*RESPECTFULLY SUBMITTED,*

*SERRATELLI, SCHIFFMAN, BROWN AND CALHOON, P.C.*

By: _____
*SPERO T. LAPPAS, Esquire*
*Pa. Supreme Ct. ID no. 25745*
*2080 Linglestown Road*
*Suite 201*
*Harrisburg, PA  17110-9670*
*(717) 540-9170*
*ATTORNEYS FOR THE PLAINTIFF*

## YORDY WITNESS LIST

| WITNESS # | WITNESS |
|---|---|
| 1 | BARRY BRINSER |
| 2 | BERON STEAGER |
| 3 | BRIAN PLASTERER |
| 4 | C. TOWNSEND VELKOFF, MS |
| 5 | CHARLES FORTNEY |
| 6 | CHARLES MACKLIN, ESQUIRE |
| 7 | CHARLES SCHMIDT, ESQUIRE |
| 8 | CHRISTINE KOSH, PSP |
| 9 | COLEMAN MCDONOUGH, PSP |
| 10 | DEFENSE TECHNOLOGY CORP |
| 11 | DONNA BROWN |
| 12 | EARL BLOSE |
| 13 | ELIZABETH VALENTINE |
| 14 | ERNST BALTIMORE, PSP |
| 15 | FRANCIS GROLEMUND, PSP |
| 16 | GEORGE PEACH, PSP |
| 17 | GLENN DOMON, PSP |
| 18 | GORDON BUSHELL, MD |
| 19 | HERSHEY MEDICAL CENTER |
| 20 | JOSHUA LOCK, ESQUIRE |
| 21 | KATHERINE DOUTT, PSP |
| 22 | KENNETH HILL, PSP |
| 23 | LARRY WILLIAMS, PSP |
| 24 | LINDA BONNEY, PSP HR DIR |
| 25 | LYNNE MOUNTZ |
| 26 | MERVIN RODRIGUEZ, PSP |
| 27 | MICHAEL GREEVY, PHD |
| 28 | PAUL EVANKO |
| 29 | PSP RECORDS CUSTODIAN |
| 30 | RANDY YORDY |
| 31 | ROBERT CLARK, PSP |
| 32 | ROBERT MRGICH |
| 33 | ROBERT MRGICH, PSP |
| 34 | ROGELIO GARCIA |
| 35 | ROGER CADIEUX, MD |
| 36 | ROGER SANTIWANY |
| 37 | SCOTT BROWN |
| 38 | STEPHEN CARUSO |
| 39 | STEPHEN KIESSLING, PSP |
| 40 | SUSQUEHANNA HEALTH SYS. |
| 41 | SYLVIA CUETO |
| 42 | UNIVERSITY EMS SERVICE |
| 43 | VICKIE RAE SMITH |
| 44 | WILLIAM FULTON, ESQUIRE |

| EXHIBIT # | EXHIBIT | | DATE OF EXHIBIT | WITNESS |
|---|---|---|---|---|
| 1 | 1.01 | DEPOSITION OF SCOTT BROWN (CCP) | July 09, 2002 | SCOTT BROWN) |
| 2 | 1.02 | DEPOSITION OF SCOTT BROWN (MDPA) | January 18, 2002 | SCOTT BROWN |
| 3 | 1.03 | FIREARMS SCORING TALLY SHEET FOR SCOTT BROWN | April 08, 1998 | SCOTT BROWN |
| 4 | 1.04 | VIDEOTAPE OF ASSAULT | February 04, 1999 | SCOTT BROWN |
| 5 | 1.05 | SCHMIDT, RONCA, AND KRAMER COMMERCIAL VIDEOTAPE | | SCOTT BROWN |
| 6 | 1.06 | MEMO FROM BROWN TO GROLEMUND | May 08, 1997 | SCOTT BROWN |
| 7 | 1.07 | MEMO RE SCOTT BROWN (BPR 10248/DAR) | December 15, 1997 | SCOTT BROWN |
| 8 | 1.08 | PHOTOGRAPHS OF SCOTT BROWN | | SCOTT BROWN |
| 9 | 1.09 | SCOTT BROWN INTERVIEW | March 23, 1999 | ROBERT MRGICH, PSP |
| 10 | 1.10 | PLEADINGS IN BROWN V. YORDY | | CHARLES SCHMIDT, ESQUIRE |
| 11 | 1.11 | HERSHEY MEDICAL CENTER RECORDS FOR SCOTT BROWN | | HERSHEY MED CENTER |
| 12 | 1.12 | AMBULANCE RECORDS FOR SCOTT BROWN | February 04, 1999 | UNIVERSITY EMS SERVICE |
| 13 | 2.01 | DEPOSITION OF BARRY BRINSER | | BARRY BRINSER |
| 14 | 2.02 | DEPOSITION OF BARRY BRINSER (CCP) | | BARRY BRINSER |
| 15 | 2.03 | STATEMENT OF BARRY BRINSER | February 04, 1999 | BARRY BRINSER |
| 16 | 2.04 | HOSPITAL RECORDS FOR BARRY BRINSER | February 04, 1999 | HERSHEY MED CENTER |
| 17 | 3.01 | DEPOSITION OF BERON STAEGER | | BERON STAEGER |
| 18 | 3.02 | DEPOSITION OF BERON STAEGER (CCP ACTION 5320 S 2000) | September 04, 2002 | BERON STAEGER |
| 19 | 3.03 | STATEMENT OF BERON STAEGER | February 05, 1999 | BERON STAEGER |
| 20 | 4.01 | DEPOSITION OF PAUL EVANKO | January 01, 2002 | PAUL EVANKO |
| 21 | 5.01 | DEPOSITION OF VICKIE SMITH | | VICKIE SMITH |
| 22 | 5.02 | DEPOSITION OF VICKIIE RAE SMITH (CCP) | June 11, 2002 | VICKIE RAE SMITH |

| EXHIBIT # | EXHIBIT | DATE OF EXHIBIT | WITNESS |
|---|---|---|---|
| 23 | 5.03 | RECORDS FOR COMMONWEALTH V VICKIE RAE SMITH | | WILLIAM FULTON, ESQUIRE |
| 24 | 5.04 | CRIMINAL COMPLAINT COMMONWEALTH V VICKIE SMITH | | WILLIAM FULTON, ESQUIRE |
| 25 | 6.01 | GENERAL INVESTIGATION REPORT IAD 11-257 | April 09, 1999 | ROBERT MRGICH |
| 26 | 6.02 | PSP INCIDENT REPORT H1-1051327 | February 09, 1999 | STEPHEN CARUSO |
| 27 | 6.03 | SEARCH WARRANT, APPLICATION, INVENTORY AND RECORDS SEIZED | March 04, 1999 | STEPHEN CARUSO |
| 28 | 6.04 | DEPOSITION OF STEPHEN CARUSO (CCP) | June 11, 2002 | STEPHEN CARUSO |
| 29 | 6.05 | CHEMICAL TESTINGS WARNING FOR RANDY YORDY | February 09, 1999 | STEPHEN KIESSLING |
| 30 | 6.06 | DEPOSITION OF STEPHEN KIESSLING (CCP) | September 04, 2002 | STEPHEN KIESSLING, PSP |
| 31 | 6.07 | PSP COMMUNICATIONS MEMO | February 04, 1999 | PSP |
| 32 | 6.08 | PSP RADIO COMMUNICATIONS TAPE | February 04, 1999 | PSP |
| 33 | 6.09 | MATERIAL DATA SAFETY SHEET | | DEFENSE TECHNOLOGY CORP |
| 34 | 6.10 | PSP FORENSICS CID REPORT RE BROWN'S FIREARM | March 11, 1999 | ERNST BALTIMORE, PSP |
| 35 | 6.11 | STATEMENT OF MERVIN RODRIGUEZ, PSP | February 05, 1999 | MERVIN RODRIGUEZ, PSP |
| 36 | 6.12 | DEPOSITION OF ROBERT CLARK (CCP) | September 04, 2002 | ROBERT CKARK, PSP |
| 37 | 6.13 | AERIAL PHOTOS OF OLD JONESTOWN ROAD | March 11, 1999 | ROBERT CLARK, PSP |
| 38 | 6.14 | PHOTOGRAPHS OF INCIDENT (A,B,C,D) | | ROBERT MRGICC, PSP |
| 39 | 7.01 | PERSONNEL FILE FOR SCOTT BROWN | | LINDA BONNEY, PSP HR DIR |
| 40 | 7.02 | DISCIPLINIARY RECORD RE SCOTT BROWN | July 16, 1997 | LARRY WILLIAMS, PSP |
| 41 | 7.03 | DISCIPLINIARY ACTION REPORT RE SCOTT BROWN | December 10, 1997 | LARRY WILLIAMS, PSP |
| 42 | 7.04 | ARBITRATION OPINION AND AWARD | June 28, 1998 | LYNNE MOUNTZ |
| 43 | 7.05 | ARBITRATION OPINION RE SCOTT BRWON | April 26, 1999 | LYNNE MOUNTZ |
| 44 | 7.06 | DISCIPLINARY SUMMARY REPORT | April 30, 1997 | FRANCIS GROLEMUND, PSP |

| EXHIBIT # | EXHIBIT | EXHIBIT | DATE OF EXHIBIT | WITNESS |
|---|---|---|---|---|
| 45 | 7.07 | GENERAL INVESTIGATION REPORT RE SCOTT BROWN | May 09, 1997 | FRANCIS GROLEMUND, PSP |
| 46 | 7.08 | EMPLOYEE PERFORMANCE REVIEW | March 05, 1999 | GEORGE PEACH, PSP |
| 47 | 7.09 | MEMO TO LINDA BONNEY | September 19, 2000 | COLEMAN MCDONOUGH, PSP |
| 48 | 8.01 | DEPOSITION OF RANDY YORDY | | RANDY YORDY |
| 49 | 8.02 | DEPOSITION OF RANDY YORDY (CCP) | | RANDY YORDY |
| 50 | 8.03 | RECORDS FOR COMMONWAEALTH V. YORDY | June 11, 2002 | JOSHUA LOCK, ESQUIRE |
| 51 | 8.04 | PHOTOGRAPHS OF RANDY YORDY | | RANDY YORDY |
| 52 | 8.05 | CRIMINAL COMPLAINT COMMONWEALTH V YORDY | | JOSHUA LOCK, ESQUIRE |
| 53 | 8.06 | HERSHEY MEDICAL CENTER RECORDS FOR RANDY YORDY | | HERSHEY MED CENTER |
| 54 | 8.07 | MEDICAL BILLS FOR RANDY YORDY | | JOSHUA LOCK, ESQUIRE |
| 55 | 8.09 | PRELIMINARY HEARING TRANSCRIPT, COMM V YORDY | February 23, 1999 | JOSHUA LOCK, ESQUIRE |
| 56 | 8.10 | EMERGENCY ROOM REPORT OF SYLVIA CUETO MD (RANDY YORDY) | February 04, 1999 | SYLVIA CUETO |
| 57 | 8.11 | EMERGENCY ROOM REPORT OF ELIZABETH VALENTINE MD (RANDY YORDY) | February 05, 1999 | ELIZABETH VALENTINE |
| 58 | 8.12 | AMBULANCE RECORDS FOR RANDY YORDY | February 04, 1999 | UNIVERSITY EMS SERVICE |
| 59 | 9.01 | PSYCHOLOGICAL RECORDS FOR SCOTT BROWN | | C. TOWNSEND VELKOFF, MS |
| 60 | 9.02 | PSYCHIATRIC REPORT RE SCOTT BROWN | December 12, 2000 | GORDON BUSHELL, MD |
| 61 | 9.03 | PSYCHIATRIC REPORT RE SCOTT BROWN | November 17, 2000 | ROGER CADIEUX, MD |
| 62 | 9.04 | RECORDS OF MICHAEL GREEVY | | MICHAEL GREEVY, PHD |
| 63 | 9.04 | MENTAL HEALTH RECORDS FOR SCOTT BROWN | | SUSQUEHANNA HEALTH SYS. |
| 64 | 10.01 | RECORDS RELATING TO CHRISTINE KOSH INCIDENT | | CHRISTINE KOSH, PSP |
| 65 | 11.01 | RECORDS RELATING TO BRIAN PLASTERER INCIDENT | | BRIAN PLASTERER |
| 66 | 12.01 | RECORDS RELATING TO ROGELIO GARCIA INCIDENT | | ROGELIO GARCIA |

| EXHIBIT # | EXHIBIT | DATE OF EXHIBIT | WITNESS |
|---|---|---|---|
| 67 | 12.02 | COURT PAPERS RE GARCIA V BROWN | | CHARLES MACKLIN, ESQUIRE |
| 68 | 12.03 | STATEMENT OF ROGER SENTIWANY RE ROGELIO GARCIA INCIDENT | | ROGER SANTIWANY |
| 69 | 12.04 | SWORN STATEMENT OF CHARLES FORTNEY RE ROGELIO GARCIA | November 19, 1996 | CHARLES FORTNEY |
| 70 | 13.01 | RECORDS RE EARL BLOSE INCIDENT | | EARL BLOSE |
| 71 | 13.02 | INTERNAL AFFAIRS INVESTIGATION RE EARL BLOSE INCIDENT | | PSP |
| 72 | 13.03 | LETTER #1 FROM CAPT KATHRYN DOUTT TO EARL BLOSE | March 29, 1994 | KATHERINE DOUTT, PSP |
| 73 | 13.04 | LETTER #2 FROM CAPT KATHERINE DOUTT TO EARL BLOSE | March 29, 1994 | KATHERINE DOUTT, PSP |
| 74 | 14.01 | GENERAL INVESTIGATION REPORT RE 4/10/96 | June 18, 1996 | GLENN DOMON, PSP |
| 75 | 14.02 | LETTER FROM KENNETH HILL | | KENNETH HILL, PSP |

SERRATELLI, SCHIFFMAN, BROWN AND CALHOON, P.C.
2080 Linglestown Road
Suite 201
Harrisburg, Pennsylvania   17110-9670
Telephone (717) 540-9170
Fax (717) 540-5481
By:  SPERO T. LAPPAS, Esquire
     Pa. Supreme Court ID no. 25745
     slappas@ssbc-law.com

## CERTIFICATE OF SERVICE

I hereby certify that on this date I served a true copy of the attached document upon the person(s) named below by mailing a copy addressed as follows, postage pre-paid, deposited into the U. S. Mail at Harrisburg, Pa.

>    GREGORY NEUHAUSER, ESQUIRE
>    OFFICE OF ATTORNEY GENERAL
>    LITIGATION SECTION
>    15TH FLOOR, STRAWBERRY SQUARE
>    HARRISBURG, PA.  17120

RESPECTFULLY SUBMITTED,

SERRATELLI, SCHIFFMAN, BROWN AND CALHOON, P.C.

By: _____
    SPERO T. LAPPAS, Esquire
    Pa. Supreme Ct. ID no. 25745
    2080 Linglestown Road
    Suite 201
    Harrisburg, PA  17110-9670
    (717) 540-9170