ORIGINAL

FILED
HARRISBURG, PA

DEC 17 2002

MARY E. D'ANDREA, CLERK
Per _____ Deputy Clerk

SERRATELLI, SCHIFFMAN, BROWN AND CALHOON, P.C.
2080 Linglestown Road
Suite 201
Harrisburg, Pennsylvania  17110-9670
Telephone (717) 540-9170
Fax (717) 540-5481
By:  SPERO T. LAPPAS, Esquire
     Pa. Supreme Court ID no. 25745
     slappas@ssbc-law.com

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

RANDY YORDY,                           :
    PLAINTIFF                          :
    v.                                 :
                                       :   CIVIL ACTION 1:01-cv-0206
SCOTT BROWN,                           :
individually                           :   JURY TRIAL DEMANDED
and in his official capacity           :
as an employee and agent of            :
the PENNSYLVANIA STATE POLICE          :   JUDGE KANE
    Defendant                          :
                                       :
PAUL EVANKO,                           :
individually                           :
and in his official capacity           :
as an employee and agent of            :
the PENNSYLVANIA STATE POLICE          :
    Defendant, et alii                 :

PRAECIPE TO ATTACH REVISED WITNESS AND EXHIBIT LISTS
TO PLAINTIFF'S PRETRIAL MEMORANDUM

SERRATELLI, SCHIFFMAN BROWN AND CALHOON, P.C.
By:  SPERO T. LAPPAS, Esquire

Page 1

Please attach Exhibits A and B hereto, the revised Exhibit and Witness Lists to the Plaintiff's Pretrial memorandum.[1]

RESPECTFULLY SUBMITTED,

SERRATELLI, SCHIFFMAN, BROWN AND CALHOON, P.C.

By: _____
SPERO T. LAPPAS, Esquire
Pa. Supreme Ct. ID no. 25745
2080 Linglestown Road
Suite 201
Harrisburg, PA   17110-9670
(717) 540-9170
ATTORNEYS FOR THE PLAINTIFF

---

[1] The new witness and exhibits relate to an incident by which Defendant Scott Brown was fired from the Pennsylvania State Police for job related misconduct while on duty.  This information was never revealed by the defense to Plaintiff's counsel who discovered it independently between December 12 and 16, 2002.

WITNESS.LST.wdb - YORDY WIT

| WITNESS # | WITNESS |
|---|---|
| 1 | BARRY BRINSER |
| 2 | BERON STEAGER |
| 3 | BRIAN PLASTERER |
| 4 | C. TOWNSEND VELKOFF, MS |
| 5 | CHARLES FORTNEY |
| 6 | CHARLES MACKLIN, ESQUIRE |
| 7 | CHARLES SCHMIDT, ESQUIRE |
| 8 | CHRISTINE KOSH, PSP |
| 9 | COLEMAN MCDONOUGH, PSP |
| 10 | DEFENSE TECHNOLOGY CORP |
| 11 | DONNA BROWN |
| 12 | EARL BLOSE |
| 13 | ELIZABETH VALENTINE |
| 14 | ERNST BALTIMORE, PSP |
| 15 | FRANCIS GROLEMUND, PSP |
| 16 | GEORGE PEACH, PSP |
| 17 | GLENN DOMON, PSP |
| 18 | GORDON BUSHELL, MD |
| 19 | HERSHEY MEDICAL CENTER |
| 20 | JOSHUA LOCK, ESQUIRE |
| 21 | KATHERINE DOUTT, PSP |
| 22 | KENNETH HILL, PSP |
| 23 | LARRY WILLIAMS, PSP |
| 24 | LINDA BONNEY, PSP HR DIR |
| 25 | LYNNE MOUNTZ |
| 26 | MERVIN RODRIGUEZ, PSP |
| 27 | MICHAEL GREEVY, PHD |
| 28 | PAUL EVANKO |
| 29 | PSP RECORDS CUSTODIAN |
| 30 | RANDY YORDY |
| 31 | ROBERT CLARK, PSP |
| 32 | ROBERT MRGICH |
| 33 | ROBERT MRGICH, PSP |
| 34 | ROGELIO GARCIA |
| 35 | ROGER CADIEUX, MD |
| 36 | ROGER SANTIWANY |
| 37 | SCOTT BROWN |
| 38 | STEPHEN CARUSO |
| 39 | STEPHEN KIESSLING, PSP |
| 40 | SUSQUEHANNA HEALTH SYS. |
| 41 | SYLVIA CUETO |
| 42 | UNIVERSITY EMS SERVICE |
| 43 | VICKIE RAE SMITH |
| 44 | WILLIAM FULTON, ESQUIRE |
| 45 | ROBERT TITLER, PSP |
| 46 | SAMUEL PATTERSON, PSP |
| 47 | TODD BRIAN, PSP |
| 48 | LEON BROWN, PSP |
| 49 | KEVIN KEARNEY, PSP |
| 50 | MARSHALL MARTIN, PSP |



| EXHIBIT # | EXHIBIT | DATE OF EXHIBIT | IDENTIFIED | ADMITTED |
|---|---|---|---|---|
| 1 | 1.01 | DEPOSITION OF SCOTT BROWN (CCP) | July 09, 2002 | | |
| 2 | 1.02 | DEPOSITION OF SCOTT BROWN (MDPA) | January 18, 2002 | | |
| 3 | 1.03 | FIREARMS SCORING TALLY SHEET FOR SCOTT BROWN | April 08, 1998 | | |
| 4 | 1.04 | VIDEOTAPE OF ASSAULT | February 04, 1999 | | |
| 5 | 1.05 | MEMO FROM BROWN TO GROLEMUND | May 08, 1997 | | |
| 6 | 1.06 | SCHMIDT, RONCA, AND KRAMER COMMERCIAL VIDEOTAPE | | | |
| 7 | 1.07 | MEMO RE SCOTT BROWN (BPR 10248/DAR) | December 15, 1997 | | |
| 8 | 1.08 | PHOTOGRAPHS OF SCOTT BROWN | | | |
| 9 | 1.09 | SCOTT BROWN INTERVIEW | March 23, 1999 | | |
| 10 | 1.10 | PLEADINGS IN BROWN V. YORDY | | | |
| 11 | 1.11 | HERSHEY MEDICAL CENTER RECORDS FOR SCOTT BROWN | | | |
| 12 | 1.12 | AMBULANCE RECORDS FOR SCOTT BROWN | February 04, 1999 | | |
| 13 | 2.01 | DEPOSITION OF BARRY BRINSER | | | |
| 14 | 2.02 | DEPOSITION OF BARRY BRINSER (CCP) | | | |
| 15 | 2.03 | STATEMENT OF BARRY BRINSER | February 04, 1999 | | |
| 16 | 2.04 | HOSPITAL RECORDS FOR BARRY BRINSER | February 04, 1999 | | |
| 17 | 3.01 | DEPOSITION OF BERON STEAGER | | | |
| 18 | 3.02 | DEPOSITION OF BERON STAEGER (CCP ACTION 5320 S 2000) | September 04, 2002 | | |
| 19 | 3.03 | STATEMENT OF BERON STEAGER | February 05, 1999 | | |
| 20 | 4.01 | DEPOSITION OF PAUL EVANKO | January 01, 2002 | | |
| 21 | 5.01 | DEPOSITION OF VICKIE SMITH | | | |
| 22 | 5.02 | DEPOSITION OF VICKIIE RAE SMITH (CCP) | June 11, 2002 | | |



| EXHIBIT # | EXHIBIT | DATE OF EXHIBIT | IDENTIFIED | ADMITTED |
|---|---|---|---|---|
| 23 | 5.03 | RECORDS FOR COMMONWEALTH V VICKIE RAE SMITH | | | |
| 24 | 5.04 | CRIMINAL COMPLAINT COMMONWEALTH V VICKIE SMITH | | | |
| 25 | 6.01 | GENERAL INVESTIGATION REPORT IAD 11-257 | April 09, 1999 | | |
| 26 | 6.02 | PSP INCIDENT REPORT H1-1051327 | February 09, 1999 | | |
| 27 | 6.03 | SEARCH WARRANT, APPLICATION, INVENTORY AND RECORDS SEIZED | March 04, 1999 | | |
| 28 | 6.04 | DEPOSITION OF STEPHEN CARUSO (CCP) | June 11, 2002 | | |
| 29 | 6.05 | CHEMICAL TESTINGS WARNING FOR RANDY YORDY | February 09, 1999 | | |
| 30 | 6.06 | DEPOSITION OF STEPHEN KIESSLING (CCP) | September 04, 2002 | | |
| 31 | 6.07 | PSP COMMUNICATIONS MEMO | February 04, 1999 | | |
| 32 | 6.08 | PSP RADIO COMMUNICATIONS TAPE | February 04, 1999 | | |
| 33 | 6.09 | MATERIAL DATA SAFETY SHEET | | | |
| 34 | 6.10 | PSP FORENSICS CID REPORT RE BROWN'S FIREARM | March 11, 1999 | | |
| 35 | 6.11 | STATEMENT OF MERVIN RODRIGUEZ, PSP | February 05, 1999 | | |
| 36 | 6.12 | DEPOSITION OF ROBERT CLARK (CCP) | September 04, 2002 | | |
| 37 | 6.13 | AERIAL PHOTOS OF OLD JONESTOWN ROAD | March 11, 1999 | | |
| 38 | 6.14 | PHOTOGRAPHS OF INCIDENT (A,B,C,D) | | | |
| 39 | 7.01 | PERSONNEL FILE FOR SCOTT BROWN | | | |
| 40 | 7.02 | DISCIPLINARY RECORD RE SCOTT BROWN | July 16, 1997 | | |
| 41 | 7.03 | DISCIPLINARY ACTION REPORT RE SCOTT BROWN | December 10, 1997 | | |
| 42 | 7.04 | ARBITRATION OPINION AND AWARD | June 28, 1998 | | |
| 43 | 7.05 | ARBITRATION OPINION RE SCOTT BRWON | April 26, 1999 | | |
| 44 | 7.06 | DISCIPLINARY SUMMARY REPORT | April 30, 1997 | | |

| EXHIBIT # | EXHIBIT | DATE OF EXHIBIT | IDENTIFIED | ADMITTED |
|---|---|---|---|---|
| 45 | 7.07 | GENERAL INVESTIGATION REPORT RE SCOTT BROWN | May 09, 1997 | | |
| 46 | 7.08 | EMPLOYEE PERFORMANCE REVIEW | March 05, 1999 | | |
| 47 | 7.09 | MEMO TO LINDA BONNEY | September 19, 2000 | | |
| 48 | 8.01 | DEPOSITION OF RANDY YORDY | | | |
| 49 | 8.02 | DEPOSITION OF RANDY YORDY (CCP) | June 11, 2002 | | |
| 50 | 8.03 | RECORDS FOR COMMONWEAELTH V. YORDY | | | |
| 51 | 8.04 | PHOTOGRAPHS OF RANDY YORDY | | | |
| 52 | 8.05 | CRIMINAL COMPLAINT COMMONWEALTH V YORDY | | | |
| 53 | 8.06 | HERSHEY MEDICAL CENTER RECORDS FOR RANDY YORDY | | | |
| 54 | 8.07 | MEDICAL BILLS FOR RANDY YORDY | | | |
| 55 | 8.09 | PRELIMINARY HEARING TRANSCRIPT, COMM V YORDY | February 23, 1999 | | |
| 56 | 8.10 | EMERGENCY ROOM REPORT OF SYLVIA CUETO MD (RANDY YORDY) | February 04, 1999 | | |
| 57 | 8.11 | IERGENCY ROOM REPORT OF ELIZABETH VALENTINE MD (RANDY YORD | February 05, 1999 | | |
| 58 | 8.12 | AMBULANCE RECORDS FOR RANDY YORDY | February 04, 1999 | | |
| 59 | 9.01 | PSYCHOLOGICAL RECORDS FOR SCOTT BROWN | | | |
| 60 | 9.02 | PSYCHIATRIC REPORT RE SCOTT BROWN | December 12, 2000 | | |
| 61 | 9.03 | PSYCHIATRIC REPORT RE SCOTT BROWN | November 17, 2000 | | |
| 62 | 9.04 | RECORDS OF MICHAEL GREEVY | | | |
| 63 | 9.04 | MENTAL HEALTH RECORDS FOR SCOTT BROWN | | | |
| 64 | 10.01 | RECORDS RELATING TO CHRISTINE KOSH INCIDENT | | | |
| 65 | 11.01 | RECORDS RELATING TO BRIAN PLASTERER INCIDENT | | | |
| 66 | 12.01 | RECORDS RELATING TO ROGELIO GARCIA INCIDENT | | | |

| EXHIBIT # | EXHIBIT | DATE OF EXHIBIT | IDENTIFIED | ADMITTED |
|---|---|---|---|---|
| 67 | 12.02 COURT PAPERS RE GARCIA V BROWN | | | |
| 68 | 12.03 STATEMENT OF ROGER SENTIWANY RE ROGELIO GARCIA INCIDENT | | | |
| 69 | 12.04 SWORN STATEMENT OF CHARLES FORTNEY RE ROGELIO GARCIA | November 19, 1996 | | |
| 70 | 13.01 RECORDS RE EARL BLOSE INCIDENT | | | |
| 71 | 13.02 INTERNAL AFFAIRS INVESTIGATION RE EARL BLOSE INCIDENT | | | |
| 72 | 13.03 LETTER #1 FROM CAPT KATHRYN DOUTT TO EARL BLOSE | March 29, 1994 | | |
| 73 | 13.04 LETTER #2 FROM CAPT KATHERINE DOUTT TO EARL BLOSE | March 29, 1994 | | |
| 74 | 14.01 GENERAL INVESTIGATION REPORT RE 4/10/96 | June 18, 1996 | | |
| 75 | 14.02 LETTER FROM KENNETH HILL | | | |
| 76 | 15.01 MEMORANDUM FROM CAPTAIN TITLER TO CAPTAIN MCDONOUGH | September 10, 2002 | | |
| 77 | 15.02 RECORDS RE BARBARA CHRISTIE/APRIL 3, 2002 INCIDENT | | | |
| 78 | | | | |
| 79 | | | | |
| 80 | | | | |
| 81 | | | | |
| 82 | | | | |
| 83 | | | | |

*SERRATELLI, SCHIFFMAN, BROWN AND CALHOON, P.C.*
*2080 Linglestown Road*
*Suite 201*
*Harrisburg, Pennsylvania   17110-9670*
*Telephone (717) 540-9170*
*Fax (717) 540-5481*
*By:  SPERO T. LAPPAS, Esquire*
     *Pa. Supreme Court ID no. 25745*
     *slappas@ssbc-law.com*

## CERTIFICATE OF SERVICE

I hereby certify that on this date I served a true copy of the attached document upon the person(s) named below by mailing a copy addressed as follows, postage pre-paid, deposited into the U. S. Mail at Harrisburg, Pa.

> GREGORY NEUHAUSER, ESQUIRE
> OFFICE OF ATTORNEY GENERAL
> LITIGATION SECTION
> 15TH FLOOR, STRAWBERRY SQUARE
> HARRISBURG, PA.  17120

*RESPECTFULLY SUBMITTED,*

*SERRATELLI, SCHIFFMAN, BROWN AND CALHOON, P.C.*

By: _____
    SPERO T. LAPPAS, Esquire
    Pa. Supreme Ct. ID no. 25745
    2080 Linglestown Road
    Suite 201
    Harrisburg, PA   17110-9670
    (717) 540-9170

December 16, 2002