

# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

### MINUTES OF CONFERENCE

CASE NO: **1:CV-01-206**

DATE:  **December 18, 2002**

Hon. Yvette Kane presiding, Harrisburg, Pennsylvania, in chambers.

Nature of Conference: **PRETRIAL CONFERENCE**

Time Commenced:  **2:00 p.m.**          Time Terminated:  **2:55 p.m.**

**APPEARANCES:**

**Plaintiff:**                                          **Defendant:**

**Spero Lappas, Esquire**                **Greg Newhauser, Esquire**

### REMARKS

Pretrial conference held.  Order to issue re: scheduling.