IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RANDY YORDY, | : |
| Plaintiff, | : |
| v. | : CIVIL ACTION NO. 1:CV-01-0206 |
| SCOTT BROWN, PAUL EVANKO, BERON F. STEAGER, AND BARRY L. BRINSER, et. al., | : (Judge Kane) |
| Defendants | : |

### ORDER

AND NOW, this 18th day of December, 2002, **IT IS ORDERED THAT** the following case management deadlines are established:

| | |
|---|---|
| Local Rule 16.3 - Attorney Conference and Exchange of Proposed Jury Instructions: On or Before | **December 23, 2002** |
| Proposed Jury Instructions, Proposed Voir Dire Questions, and Objections to Proposed Instructions Due: | **December 30, 2002** |

Yvette Kane
United States District Judge