



# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RANDY YORDY, | : | |
| **Plaintiff** | : | |
| | : | No. 1:01-CV-0206 |
| v. | : | |
| | : | (Judge Kane) |
| SCOTT BROWN, PAUL EVANKO, | : | |
| BERON F. STEAGER, AND BARRY L. | : | |
| BRINSER, et al., | : | |
| **Defendants** | : | |

## DEFENDANTS' PROPOSED VOIR DIRE QUESTIONS

1.     Does anyone have any preexisting knowledge of the facts and circumstances of this case, either through association with individuals involved, newspaper accounts or otherwise?

2.     Have you, a member of your family, or a close friend ever been a police officer?  If so, which agency?

3.     Have you, a member of your family, or a close friend ever been employed by or had personal dealings with the Pennsylvania State Police?

4.     Has anyone had a negative encounter with a member of the

Pennsylvania State Police which would affect your ability to render a fair and impartial verdict in this case?

5.    Would the fact that the defendants are employed by the government and represented by a government attorney cause you to view the case in anything but a fair and impartial manner?

6.    Have you had any experiences as a juror or a litigant to a lawsuit, or had any contact with the court system, which you believe may affect your feelings about this case or your ability to decide it based on the evidence?

7.    Would anyone be unable to return a verdict for the defendants, if warranted by the evidence, due to a dislike of government or law enforcement officials?

8.    Does anyone believe that the fact that a lawsuit has been filed means that the person filing the suit is entitled to some relief or award?

9.    The plaintiff presents his case first and the defendants present their case after the plaintiff's case is completed. Would you have any problem refraining from making a decision on any aspect of the case until you have heard all of the evidence presented by both sides?

10.    Would you have any difficulty applying the law as instructed by the judge even if you personally disagreed with the law?

2

11.    Without revealing to us whether you in fact had been drinking alcoholic beverages, has anyone ever been stopped by a police officer for possible DUI?

12.    Was there anything about that experience of being stopped for possible DUI that would affect your ability to render a fair and impartial verdict in this case?

13.    Does anyone believe that a supervisor of an employee should be held responsible for everything the employee does on the job, whether or not the supervisor is personally aware of the employee's actions?

14.    Are you aware of any reason, not previously mentioned, which you believe could affect your ability to render a fair and impartial verdict in this case?

Respectfully submitted,

D. MICHAEL FISHER
Attorney General


By:    _____
GREGORY R. NEUHAUSER
Senior Deputy Attorney General


SUSAN J. FORNEY
Chief Deputy Attorney General
Chief Litigation Section

3

**Date: December 30, 2002**

**Office of Attorney General**
**15th Flr., Strawberry Sq.**
**Harrisburg, Pa 17120**
**(717) 783-1478**

## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **RANDY YORDY,** | : | |
| **Plaintiff** | : | |
| | : | **No. 1:01-CV-0206** |
| **v.** | : | |
| | : | **(Judge Kane)** |
| **SCOTT BROWN, PAUL EVANKO,** | : | |
| **BERON F. STEAGER, AND BARRY L.** | : | |
| **BRINSER, et al.,** | : | |
| **Defendants** | : | |

### CERTIFICATE OF SERVICE

I, **GREGORY R. NEUHAUSER,** Senior Deputy Attorney General

for the Commonwealth of Pennsylvania, Office of Attorney General, hereby

certify that on **December 30, 2002,** I caused to be served a true and correct copy

of the foregoing document **Defendants' Proposed Voir Dire Questions,** by

depositing it in the United States mail, first-class postage prepaid to the following:

Spero T. Lappas, Esquire
Serratelli, Schiffman, Brown & Calhoon, P.C.
2080 Linglestown Road, Suite 201
Harrisburg, PA 17110

**GREGORY R. NEUHAUSER**
**Senior Deputy Attorney General**