

```
SERRATELLI, SCHIFFMAN, BROWN AND CALHOON, P.C.
2080 Linglestown Road
Suite 201
Harrisburg, Pennsylvania  17110-9670
Telephone (717) 540-9170
Fax (717) 540-5481
By: SPERO T. LAPPAS, Esquire
    Pa. Supreme Court ID no. 25745
    slappas@ssbc-law.com
```

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RANDY YORDY, | : | NO.: 1:01-CV-0206 |
| Plaintiff | : | |
| | : | CIVIL ACTION LAW |
| v. | : | |
| | : | JUDGE KANE |
| SCOTT BROWN, PAUL EVANKO, | : | |
| BERON STEAGER, AND BARRY L. | : | |
| BRINSER, et. al., | : | |
| Defendants | : | JURY TRIAL DEMANDED |

PLAINTIFF'S OBJECTIONS TO
DEFENDANTS' PROPOSED POINTS FOR CHARGE

Plaintiff objects to all of the Defendants' points for charge to the extent that they are unsupported by the evidence at trial. Furthermore, Plaintiff objects to the following points on the grounds stated.

SERRATELLI, SCHIFFMAN, BROWN AND CALHOON, P.C.
SPERO T. LAPPAS, Esquire

Page 1

### I. POINTS FOR BROWN, STEAGER, AND BRINSER

1. through 6. Redundant and unnecessary commentary on the evidence.

7. Incorrect statement of the law. A police officer is never authorized to use unconstitutional force.

8. Incorrect statement of the law. A police officer is never authorized to use unconstitutional force.

9. Incorrect statement of the law. Not all convictions are relevant or admissible.

10. Unsupported by the evidence.

11. Incorrect statement of the law. Plaintiff requests the standard punitive damages instruction.

12. Irrelevant. Plaintiff requests the standard punitive damages instruction.

## II. POINTS FOR EVANKO

1. through 12.   Redundant and incorrect statements of law. Plaintiff requests that the court charge with his proposed points.

*RESPECTFULLY SUBMITTED,*

*SERRATELLI, SCHIFFMAN, BROWN AND CALHOON, P.C.*

By: _____
*SPERO T. LAPPAS, Esquire*
Pa. Supreme Ct. ID no. 25745
2080 Linglestown Road
Suite 201
Harrisburg, PA   17110-9670
(717) 540-9170
*ATTORNEYS FOR THE PLAINTIFF*

CERTIFICATE OF SERVICE

I hereby certify that on this date I served a true copy of the attached document upon the persons named below by mailing a copy addressed as follows, postage pre-paid, deposited into the U. S. Mail at Harrisburg, Pa.

GREGORY NEUHAUSER, ESQUIRE
OFFICE OF ATTORNEY GENERAL
15TH FLOOR
STRAWBERRY SQUARE
HARRISBURG, PA.  17120

RESPECTFULLY SUBMITTED,

SERRATELLI, SCHIFFMAN, BROWN AND CALHOON, P.C.

By: _____
SPERO T. LAPPAS, Esquire
Pa. Supreme Ct. ID no. 25745
2080 Linglestown Road
Suite 201
Harrisburg, PA  17110-9670
(717) 540-9170