



IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RANDY YORDY, | : | NO.: 1:01-CV-0206 |
| Plaintiff | : | |
| | : | CIVIL ACTION LAW |
| v. | : | |
| | : | JUDGE KANE |
| SCOTT BROWN, PAUL EVANKO, | : | |
| BERON STEAGER, AND BARRY L. | : | |
| BRINSER, et. al., | : | |
| Defendants | : | JURY TRIAL DEMANDED |

===========================================================
**PLAINTIFF'S PROPOSED VOIR DIRE QUESTIONS**
===========================================================

                        RESPECTFULLY SUBMITTED,

                        SERRATELLI, SCHIFFMAN, BROWN AND CALHOON, P.C.

      By: _____
                        SPERO T. LAPPAS, Esquire
                        Pa. Supreme Ct. ID no. 25745
                        2080 Linglestown Road
                        Suite 201
                        Harrisburg, PA  17110-9670
                        (717) 540-9170
                        ATTORNEYS FOR THE PLAINTIFF

1. Do have any problem with your hearing or eyesight? If so, please describe that problem.

2. Are you taking any medication which causes drowsiness of which interferes with your ability to concentrate or to pay full attention to what is occurring around you?

3. Is there any reason, physical or otherwise, why you could not sit in the jury box for extended periods of time?

4. How far did you go in school?

5. Did you attend a college, university or any institution of higher learning? If so, please tell us which one, how far you went in that educational program, what if any degree you obtained, and your major field of study.

6. If you are married please tell us your spouse's name, age, date of birth and occupation.

7. Are you in a position of authority in your present job? If so, please describe.

8. If you are retired, please tell us the name of your employer, the nature of your employment and your job title before your retirement.

9. What are your hobbies and leisure time activities?

10. Have you or any close family member ever served in the armed forces? If so, please tell who served and the service branch and dates for each individual.

11. Have you ever before served on a jury in a civil or

criminal case? If so, for each case please tell us the name of the case, what kind of case it was, the name of the judge, and the jury's verdict.

12. Do you know any employee or member of the staff of the Attorney general of Pennsylvania? If so, who do you know.

13. Are you now or have you ever been employed by any prosecutor's office, by any military or civilian law enforcement agency or by any military or civilian police department? If so, please give the name of the agency or department, the dates of employment, and the nature of that employment.

14. Have any of your family members or close friends ever been employed by any prosecutor's office, by any military or civilian law enforcement agency or by any military or civilian police department? If so, please give the name of the friend or relative, the name of the agency or department for which he or she works or worked, the dates of employment, and the nature of that employment.

15. Have you ever received any training or education in the law, in criminal justice, or in any law enforcement field? If so please give details.

16. Do you, any of your relatives or any close friends belong to any crime prevention organization such as Neighborhood Crime watch, Crime Stoppers, Victims and Witness Assistance, Mothers Against Drunk Driving, etc? If so, please provide details of any

such membership.

17. Have you or any family member or close friend ever been the victim of a crime involving bodily injury or the threat of bodily injury? If so, who, and what kind of crime.

18. Do you know anything about this case from any source whatsoever? If so, please provide the details of your knowledge.

19. Have you heard anything whatsoever concerning this case in the media -- newspapers, television, radio, etc? If so, what have you heard?

20. Has any one ever talked to you about this case or discussed it in your presence, either before or after you arrived at the courthouse today?

21. There will be testimony in this case from police officers and also testimony from other witnesses. Would you give special credit to the testimony of a police office, or be more likely to believe the testimony of a police officer, simply because he or she is a police officer?

22. Have you ever been a witness in a civil or criminal case? If so please give us the details of your participation.

23. Do you know any of the persons named on the attached list of possible witnesses: (read or provide jurors with witness lists)

24. Do you believe that simply because a person has pleaded guilty to resisting arrest, that person should not be able to sue

the arresting officer for violating the United States Constitution?

25. Do you believe that simply because a person has pleaded guilty to aggravated assault on a police officer, that person should not be able to sue the arresting officer for violating the United States Constitution?

26. There will be evidence that Randy Yordy has pleaded guilty to driving while under the influence of alcohol. Do you have any prejudices or beliefs about driving under the influence of alcohol that you feel would interfere with your ability to be completely impartial?

27. Do you have any opinion concerning the courts or lawsuits that you feel would interfere with your ability to be completely impartial?

28. Can you think of any reason why you would be unable to serve as a fair and impartial juror in this case?

CERTIFICATE OF SERVICE

I hereby certify that on this date I served a true copy of the attached document upon the persons named below by mailing a copy addressed as follows, postage pre-paid, deposited into the U. S. Mail at Harrisburg, Pa.

GREGORY NEUHAUSER, ESQUIRE
OFFICE OF ATTORNEY GENERAL
15TH FLOOR
STRAWBERRY SQUARE
HARRISBURG, PA.  17120

RESPECTFULLY SUBMITTED,

SERRATELLI, SCHIFFMAN, BROWN AND CALHOON, P.C.

By: _____
SPERO T. LAPPAS, Esquire
Pa. Supreme Ct. ID no. 25745
2080 Linglestown Road
Suite 201
Harrisburg, PA  17110-9670
(717) 540-9170