IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

RANDY YORDY,

    Plaintiff,

v.

SCOTT BROWN, PAUL EVANKO,
BERON F. STEAGER, AND
BARRY L. BRINSER, et. al.,

    Defendants

CIVIL ACTION NO. 1:CV-01-0206

(Judge Kane)

## ORDER

AND NOW, this 31st day of December, 2002, **IT IS ORDERED THAT** the trial of the above-captioned matter shall be bifurcated. The selection of the jury to hear both matters will occur on January 6, 2003. The trial on liability and damages as to Defendants Brown, Steager and Brinser will commence immediately after jury selection. On a finding of liability as to any Defendant, immediately thereafter, the jury shall consider the liability and damages as to Commissioner Evanko.

                                              Yvette Kane
                                              United States District Judge