IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RANDY YORDY, | : |
| Plaintiff, | : |
| v. | : CIVIL ACTION NO. 1:CV-01-0206 |
| | : (Judge Kane) |
| SCOTT BROWN, PAUL EVANKO, BERON F. STEAGER, AND BARRY L. BRINSER, et. al., | : |
| Defendants | : |

FILED
HARRISBURG

JAN - 6 2003

MARY E. D'ANDREA, CLERK
Per_____
DEPUTY CLERK

### ORDER

AND NOW, upon consideration of the proposed voir dire questions submitted by the parties in this matter, **IT IS ORDERED THAT**:

1. Plaintiff's proposed voir dire questions numbered 7, 9, 10, 12, 13, 14, 15, 16, and 17 are **APPROVED** subject to the time limitations established by the Court.

2. Plaintiff's proposed voir dire questions numbered 21, 24, 25, and 27 are **DISAPPROVED**.

3. Defendants' proposed voir dire questions numbered 2, 3, and 4 are **APPROVED**.

4. Defendants' proposed voir dire questions numbered 5, 7, 8, 9, 10, and 13 are **DISAPPROVED**.

5. The remaining inquiries will be addressed in the Court's initial voir dire.

_____
YVETTE KANE
United States District Judge

Dated: 6 JAN, 2002.