*Yordy v. Brown, et al.*

(67)
1-8-03

# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
# MINUTES OF TRIAL OR HEARING

CASE NO: 1:CV-01-206
Date: 1-6-03
**1st** Day of Trial or Hearing

Hon. Yvette Kane presiding, Courtroom No. 4 in Harrisburg, PA
Nature of Hearing: Jury Selection & Trial
Time Commenced: 9:53      Time Terminated: 4:22

## APPEARANCES

**PLAINTIFF:**
(1) Spero Lappas, Esq.

**DEFENDANT:**
(2) Gregory Neuhauser, Esq.

**PLAINTIFF'S WITNESSES:**
- Randy Yordy — Exam'd 1,1 / Cross Exam'd 2,2
- Joshua Lock — Exam'd 1,1 / Cross Exam'd 2
- Vicki Smith — Exam'd 1 / Cross Exam'd 2
- Scott Brown — Exam'd 1,1 / Cross Exam'd 2,2
- Beron Stager — Exam'd 1,1 / Cross Exam'd 2
- Barry Bomser — Exam'd 1 / Cross Exam'd 2

**DEFENDANT'S WITNESSES:**

FILED
HARRISBURG
JAN - 6 2003
MARY E. D'ANDREA, CLERK
Per ___ DEPUTY CLERK

**REMARKS:** Ct. opens. Csl. present. Panel sworn. 14 names called to jury box. Jury given preliminary summary of case. Voir dire begins. Jury (8 names) selected. Ct. in recess. Ct. resumes. Jury given preliminary instructions. Plt. makes opening statement. Dft. csl. makes opening statement. Plt. calls Randy Yordy. Ct. in recess. Ct. resumes w/ direct of Mr. Yordy continuing. Plt. calls Atty. Joshua Lock. Ct. in recess. Ct. resumes. Plt. calls Vicki Smith. Plt. calls Scott Brown. Plt. calls Beron Stager. →

Continue remarks and notes on back.

Jennifer Kennedy   Deputy Clerk
Monica Zamiska     Court Reporter

Yordy v. Brown, et al.

1:cv-01-206

## WITNESS ACTIVITY LIST

(1-6-03)

| Start | End | Time | Side Bars | Dir | Cross | Re-Direct | Re-Cross | Atty. No. | Witness or Activity |
|---|---|---|---|---|---|---|---|---|---|
| 11:54 | 12:22 | 28 | | / | | | | 1 | Randy Yordy |
| 1:34 | 2:01 | 27 | | / | | | | 1 | " |
| 2:01 | 2:29 | 28 | | | / | | | 2 | " |
| 2:29 | 2:31 | 2 | | | | / | | 1 | " |
| 2:31 | 2:33 | 2 | | | | | / | 2 | " |
| 2:33 | 2:34 | 1 | | / | | | | 1 | Joshua Lock, Esq. |
| 2:34 | 2:35 | 1 | / | | | | | | |
| 2:35 | 2:48 | 13 | | / | | | | 1 | Joshua Lock, Esq. |
| 2:48 | 2:54 | 6 | | | / | | | 2 | " |
| 2:54 | 2:56 | 2 | | | | / | | 1 | " |
| 3:15 | 3:35 | 20 | | / | | | | 1 | Vicki Smith |
| 3:35 | 3:47 | 12 | | | / | | | 2 | " |
| 3:48 | 4:00 | 12 | | / | | | | 1 | Scott Brown |
| 4:00 | 4:02 | 2 | | | / | | | 2 | " |
| 4:02 | 4:06 | 4 | | | | / | | 1 | " |
| 4:06 | 4:08 | 2 | | | | | / | 2 | " |
| 4:08 | 4:10 | 2 | | / | | | | 1 | Beron Steager |
| 4:10 | 4:13 | 3 | | | / | | | 2 | " |
| 4:13 | 4:15 | 2 | | | | / | | 1 | " |
| 4:15 | 4:17 | 2 | | / | | | | 1 | Barry Brinser |
| 4:17 | 4:20 | 3 | | | / | | | 2 | " |

FILED
HARRISBURG
JAN - 6 2003
MARY E. D'ANDREA, CLERK
Per _____
DEPUTY CLERK