AO 189 (Rev. 2/83)

## JURY PANEL RECORD

| DISTRICT | CASE NUMBER |
|---|---|
| Middle District of Pennsylvania | 1:CV-01-206 |

**CASE TITLE**  Vordy  v.  Brown, et al.

**ATTORNEYS**  Spero T. Pappas, Esq.    Gregory R. Neuhauser

**PRESIDING JUDGE**  Hon. Yvette Kane   **DATE DRAWN** 1/6/03

| NO. | NAME | P | D | C | NO. | NAME | P | D | C |
|---|---|---|---|---|---|---|---|---|---|
| 1 | Arthur Keller | 3 | | | 20 | | | | |
| 2 | Micheal Nelson | | 2 | | 21 | | | | |
| 3 | Carol Barley | 1 | | | 22 | | | | |
| 4 | Barry Reber | 2 | | | 23 | | | | |
| 5 | Mark Ritenour | | | | 24 | | | | |
| 6 | Judith Gordon | | 1 | | 25 | | | | |
| 7 | Shelley Ehrhart | | | | 26 | | | | |
| 8 | Nicole Harman | | | | 27 | | | | |
| 9 | Kenneth Allwine | | | | 28 | | | | |
| 10 | Jennifer Weldon | | | | 29 | | FILED | | | |
| 11 | Eugene Gianac | | | | 30 | | HARRISBURG | | | |
| 12 | Michael Shots | | 3 | | 31 | | JAN - 6 2003 | | | |
| 13 | Barbara Krall | | | | 32 | | MARY E. D'ANDREA, CLERK | | | |
| 14 | Eleanor Baer | | | | 33 | | Per DEPUTY CLERK | | | |
| 15 | Thomas Garrety | | | | 34 | | | | |
| 16 | | | | | 35 | | | | |
| 17 | | | | | 36 | | | | |
| 18 | | | | | 37 | | | | |
| 19 | | | | | 38 | | | | |

### ALTERNATE JURORS

| NO. | | | | | NO. | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 1 | | | | | 6 | | | | |
| 2 | | | | | 7 | | | | |
| 3 | | | | | 8 | | | | |
| 4 | | | | | 9 | | | | |
| 5 | | | | | 10 | | | | |

P = Plaintiff   D = Defendant   C = Court