Yordy
v.
Brown, et al.

# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
# MINUTES OF TRIAL OR HEARING

CASE NO: 1:CV-01-206
Date: 1-7-03
__2nd__ Day of Trial or Hearing

Hon. Yvette Kane   presiding   Courtroom No. 4   in   Harrisburg, PA
Nature of Hearing _Jury Trial_
Time Commenced _10:33_    Time Terminated _3:48_

## APPEARANCES

**PLAINTIFF:**
(1) Spiro Lappas, Esq.

**DEFENDANT:**
(2) Gregory Neuhauser, Esq.

**PLAINTIFF'S WITNESSES:**
~~[scribbled out]~~   Exam'd 2   Cross Exam'd 2

FILED
HARRISBURG
JAN - 7 2003
MARY E. D'ANDREA, CLERK
Per _____
DEPUTY CLERK

**DEFENDANT'S WITNESSES:**
Stephen Caruso   Exam'd 2,2   Cross Exam'd 1
Scott Brown   Exam'd 2   Cross Exam'd 1
Barry Brinser   Exam'd 2   Cross Exam'd 1
Beron Steager   Exam'd 2   Cross Exam'd 1

**REMARKS:** Ct. opens. Cnsl. present. Ct. addresses the parties. Jury returns. Plt. rests case-in-chief. Dft. calls Stephen Caruso. Dft. calls Scott Brown. Ct. in recess. Ct. resumes w/ cross-exam of Mr. Brown. Ct. in recess. Ct. resumes w/ cross-exam of Mr. Brown continuing. Dft. calls Barry Brinser. Dft. calls Beron Steager. Dft. rests case-in-chief. Jury excused to jury room. Ct. & cnsl. address objections to proposed jury instructions. Ct. in recess. Ct. resumes. Jury dismissed until 1/8/03 @ 9:30am. Ct. adjourns.

Continue remarks and notes on back.

Jennifer Kennedy   Deputy Clerk
Monica Zamiska   Court Reporter

Yordy v. Brown, et al.

1:CV-01-206

## WITNESS ACTIVITY LIST

(1-7-03)

| Start | End | Time | Side Bars | Dir | Cross | Re-Direct | Re-Cross | Atty. No. | Witness or Activity |
|---|---|---|---|---|---|---|---|---|---|
| 10:39 | 10:50 | 11 | | / | | | | 2 | Stephen Caruso |
| 10:50 | 11:16 | 26 | | | / | | | 1 | " |
| 11:16 | 11:21 | 5 | | | | / | | 2 | " |
| 11:22 | 11:48 | 26 | | / | | | | 2 | Scott Brown |
| 12:06 | 12:56 | 50 | | / | | | | 1 | " |
| 2:10 | 2:34 | 24 | | | / | | | 1 | " |
| 2:35 | 2:48 | 13 | | / | | | | 2 | Barry Brinser |
| 2:48 | 2:50 | 2 | | | / | | | 1 | " |
| 2:51 | 3:08 | 17 | | / | | | | 2 | Beron Steager |
| 3:08 | 3:11 | 3 | | | / | | | 1 | " |

FILED
HARRISBURG
JAN - 7 2003
MARY E. D'ANDREA, CLERK
Per_____
DEPUTY CLERK