| EXHIBIT # | EXHIBIT | IDENTIFIED/ADMITTED | WITNESS |
|---|---|---|---|
| 1 | 1 | BROWN DEPOSITION 1-18-2002 | 1/7/03 | Scott Brown |
| 2 | 2 | BROWN DEPOSITION 7-9-2002 | 1/6/03 | Scott Brown |
| 3 | 3 | STEAGER DEPOSITION 1-18-2002 | | |
| 4 | 4 | STEAGER DEPOSITION 9-4-2002 | | |
| 5 | 5 | BRINSER DEPOSITION 6-14-2002 | 7/6/03 | Joshua Lock, Esq. |
| 6 | 6 | EVANKO DEPOSITION 11-1-2002 | | |
| 7 | 7 | KIESSLING DEPOSITION 9-4-2002 | | |
| 8 | a 8 | CARUSO DEPOSITION 6-11-2002 | 1/7/03 | Stephen Caruso |
| 9 | 9 | PRELIMINARY HEARING TRANSCRIPT | 1/6/03 | Joshua Lock, Esq. |
| 10 | 10 | PSP INCIDENT REPORT | 1/7/03 | Barry Brinser |
| 11 | 11 | INTERNAL AFFAIRS REPORT | 1/7/03 | Scott Brown |
| 12 | 12 | YORDY MEDICAL RECORDS | | |
| 13 | 13 | BROWN MEDICAL RECORDS | 1/7/03 | Stephen Caruso |
| 14 | · 14 | YORDY MEDICAL BILLS | 1/6/03 Adm | Randy Yordy |
| 15 | e, f, i 15 | YORDY PHOTOGRAPHS | 1/6/03 Adm | Randy Yordy |
| 16 | 16 | BROWN PHOTOGRAPH | 1/8/03 Adm | |
| 17 | 9, 17 | MISCELLANEOUS PHOTOGRAPHS | 1/6/03 Adm | Joshua Lock, Esq. |
| 18 | 18 | BROWN DISCIPLINARY MATERIAL | | |

FILED
HARRISBURG
JAN - 8 2003
MARY E. D'ANDREA, CLERK
Per _____
DEPUTY CLERK

| EXHIBIT # | EXHIBIT | IDENTIFIED | ADMITTED | WITNESS |
|---|---|---|---|---|
| 19 | BROWN DISCIPLINARY MATERIAL | | | |
| 20 | BROWN DISCIPLINARY MATERIAL | | | |
| 21 | BROWN DISCIPLINARY MATERIAL | | | |
| 22 | BROWN DISCIPLINARY MATERIAL | | | |
| 23 | BROWN DISCIPLINARY MATERIAL | 1/7/03 | | Scott Brown |
| 24 | BROWN DISCIPLINARY MATERIAL | | | |
| 25 | BROWN DISCIPLINARY MATERIAL | | | |
| 26 | BROWN DISCIPLINARY MATERIAL | 1/7/03 | | Scott Brown |
| 27 | BROWN DISCIPLINARY MATERIAL | | | |
| 28 | BROWN DISCIPLINARY MATERIAL | | | |
| 29 | BROWN DISCIPLINARY MATERIAL | | | |
| 30 | BROWN DISCIPLINARY MATERIAL | | | |
| 31 | BROWN DISCIPLINARY MATERIAL | | | |
| 32 | BROWN DISCIPLINARY MATERIAL | | | |
| 33 | BROWN DISCIPLINARY MATERIAL | | | |
| 34 | BROWN DISCIPLINARY MATERIAL | | | |
| 35 | BROWN DISCIPLINARY MATERIAL | | | |
| 36 | BROWN DISCIPLINARY MATERIAL | | | |

| EXHIBIT # | EXHIBIT | IDENTIFIED | ADMITTED | WITNESS |
|---|---|---|---|---|
| 37 | 37 YORDY PHOTOGRAPH ENLARGEMENT | | | |
| 38 | 38 YORDY PHOTOGRAPH ENLARGEMENT | | | |
| 39 | 39 YORDY PHOTOGRAPH ENLARGEMENT | | | |
| 40 | 40 YORDY PHOTOGRAPH ENLARGEMENT | 1/6/03 Adm | Randy Yordy | |
| 41 | 41 YORDY PHOTOGRAPH ENLARGEMENT | | | |
| 42 | 42 BROWN PHOTOGRAPH ENLARGEMENT | | | |