# EXHIBIT LIST FOR DEFENDANTS

Yordy v. Brown, et al., No. 1:01-CV-0206
Middle District of Pennsylvania

Judge Kane
Date: December 12, 2002

| It | Def | Description of object or item | Identified | Evidence | Ruling | Witness on Stand |
|---|---|---|---|---|---|---|
|  | 1 | PSP Crime Report | 1/7/03 | 1/7/03 | Adm | Stephen Caruso |
|  | 2 | PSP Prof. Resp. Report |  |  |  |  |
|  | 3 | Videotape, 02/04/99 |  |  |  |  |
|  | 4 | Transcript, Com. v. Yordy |  |  |  |  |
|  | 5 | Transcript, Com. v. Yordy |  |  |  |  |
|  | 6 | Conviction records of Yordy |  |  |  |  |
|  | 7 | Photographs of traffic stop | 1/7/03 | 1/7/03 | Adm | Stephen Caruso |
|  | 8 | Photographs of Yordy's house | 1/7/03 | 1/7/03 | Adm | Barry Brosek |
|  | 9 | Transcript of depo., Yordy |  |  |  |  |
|  | 10 | Transcript of depo., Yordy |  |  |  |  |
|  | 11 | Transcript of depo., Smith |  |  |  |  |
|  | 12 | Transcript of depo., Smith |  |  |  |  |
|  | 13 | Yordy's medical records |  |  |  |  |
|  | 14 | Brown's medical records |  |  |  |  |

FILED
HARRISBURG
JAN - 8 2003
MARY E. D'ANDREA, CLERK
Per _____
DEPUTY CLERK