# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
# MINUTES OF TRIAL OR HEARING

Yordy v. Brown

CASE NO: 1:CV-01-206
Date: 1-8-03
**3rd** Day of Trial or Hearing

Hon. Yvette Kane   presiding   Courtroom No. 4   in   Harrisburg, PA
Nature of Hearing   Jury Trial
Time Commenced   10:06   Time Terminated   2:43

## APPEARANCES

PLAINTIFF:                                    DEFENDANT:
(1) Jano Lappas, Esq.                         (2) Greg Neuhauser, Esq.

PLAINTIFF'S WITNESSES:                        DEFENDANT'S WITNESSES:

FILED
HARRISBURG
JAN - 8 2003
MARY E. D'ANDREA, CLERK
Per_____ DEPUTY CLERK

REMARKS: Ct. opens. Cnsl. present. Plt. makes closing argument. Dft. makes closing argument. Plt. makes rebuttal argument. Jury charged. Jury begins deliberations at 11:23 a.m. Ct. adjourns. Jury returns w/ verdict @ 2:37pm. Verdict read. Judgment to enter in favor of all defendants. Court adjourned.

Continue remarks and notes on back.

Jennifer Kennedy    Deputy Clerk
Monica Zamiska    Court Reporter