IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

RANDY YORDY,  :
                      :
    Plaintiff,  :
                      :  CIVIL ACTION NO. 1:CV-01-0206
v.                    :
                      :  (Judge Kane)
SCOTT BROWN, PAUL EVANKO,  :
BERON F. STEAGER, AND  :
BARRY L. BRINSER, et. al.,  :
                      :
    Defendants  :

FILED
HARRISBURG

JAN - 8 2003

MARY E. D'ANDREA, CLERK
Per_____
DEPUTY CLERK

### VERDICT SHEET

**Question 1:**

On Plaintiff's claim against Defendant Scott Brown, we find in favor of (mark one)

    _____  Plaintiff Randy Yordy  OR

    __X__  Defendant Scott Brown

**Question 2:**

On Plaintiff's claim against Defendant Beron Steager, we find in favor of (mark one)

    _____  Plaintiff Randy Yordy  OR

    __X__  Defendant Beron Steager

**Question 3:**

On Plaintiff's claim against Defendant Barry Brinser, we find in favor of (mark one)

    _____  Plaintiff Randy Yordy  OR

    __X__  Defendant Barry Brinser

Go to Page 2

**Complete the next questions only if one or more of the above findings is in favor of Plaintiff**

**Question 4:**

State the amount of Plaintiff's damages, or if none, write "none."

We find Plaintiff's damages to be $_____

**Question 5:**

Taking the combined liability which was a substantial factor in bringing about the Plaintiff's harm as 100 percent, what percentage of that liability was attributable to each of the Defendants you have found liable?

    Percentage of damages attributable to Defendant Scott Brown

    (Answer only if you have found for Plaintiff in Question 1)    ____%

    Percentage of damages attributable to Defendant Beron Steager

    (Answer only if you have found for Plaintiff in Question 2)    ____%

    Percentage of damages attributable to Defendant Barry Brinser

    (Answer only if you have found for Plaintiff in Question 3)    ____%

                                                Total 100%

**Go to Page 3**

**Question 6:**

If you find that any Defendant violated Plaintiff's rights, but did not cause any of Plaintiff's damages (0% responsibility), you may award nominal damages. Please indicate against which Defendants, if any, you award nominal damages.

    Defendant Scott Brown   $ _____

    Defendant Beron Steager   $ _____

    Defendant Barry Brinser   $ _____

**Question 7:**

For each defendant, state the amount of punitive damages to be assessed, or if none, write the word "none." You may not award punitive damages against any Defendant unless you have first found against that particular Defendant in Questions 1-3 and awarded Plaintiff nominal or actual damages in Question 4 or 6.

We assess punitive damages against Defendant Brown in the amount of: $ _____

We assess punitive damages against Defendant Steager in the amount of: $ _____

We assess punitive damages against Defendant Brinser in the amount of: $ _____

                                                                *[signature]*
                                                                Jury Foreperson

Dated: _1-8-03_

**Stop. Please return to the Courtroom**