AO 450 (Rev. 5/85) Judgment in a Civil Case

# United States District Court

## MIDDLE DISTRICT OF PENNSYLVANIA

### JUDGMENT IN A CIVIL CASE

RANDY YORDY,
    Plaintiff

    v.        CASE NUMBER: 1:CV-01-206

SCOTT BROWN, PAUL EVANKO, BERON F.
STEAGER and BARRY L. BRINSER,
    Defendants

**FILED**
**HARRISBURG**

JAN - 8 2003

MARY E. D'ANDREA, CLERK
Per_____
    DEPUTY CLERK

X   **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐   **Decision by Court.** This action came to trial or hearing before the court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that judgment be and is hereby entered in favor of defendants Scott Brown, Paul Evanko, Beron F. Steager and Barry L. Brinser and against plaintiff Randy Yordy.

Date: January 8, 2003          Mary E. D'Andrea, Clerk of Court

                                                         (By) Jennifer Kennedy, Deputy Clerk