IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RANDY YORDY,<br>    Plaintiff | :<br>:<br>:    No. 1:01-CV-0206 |
| v. | :<br>:    (Judge Kane) |
| SCOTT BROWN, PAUL EVANKO,<br>BERON F. STEAGER, AND BARRY L.<br>BRINSER, <u>et al.</u>,<br>    Defendants | :<br>:<br>:<br>: |

### CERTIFICATE OF NONCONCURRENCE

**GREGORY R. NEUHAUSER,** Senior Deputy Attorney General, counsel for defendants, certifies that defendants do not concur in plaintiff's motion for new trial filed January 17, 2003, nor in the supplemental motion for new trial dated January 22, 2003.

                                      Respectfully submitted,

                                      **D. MICHAEL FISHER**
                                      Attorney General

By:    _/s/ Gregory Neuhauser_
                                      **GREGORY R. NEUHAUSER**
                                      **Senior Deputy Attorney General**

                                      **SUSAN J. FORNEY**
                                      **Chief Deputy Attorney General**
                                      **Chief Litigation Section**

**DATE: January 23, 2003**

**Office of Attorney General**
**15th Floor, Strawberry Sq.**
**Harrisburg, PA 17120**
**Direct Dial: (717) 787-8106**

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

**RANDY YORDY,**
    Plaintiff

v.

**SCOTT BROWN, PAUL EVANKO, BERON F. STEAGER, AND BARRY L. BRINSER, et al.,**
    Defendants

No. 1:01-CV-0206

(Judge Kane)

## CERTIFICATE OF SERVICE

I, **GREGORY R. NEUHAUSER,** Senior Deputy Attorney General for the Commonwealth of Pennsylvania, Office of Attorney General, hereby certify that on **January 23, 2003**, I caused to be served a true and correct copy of the foregoing document **Certificate of Nonconcurrence**, by depositing it in the United States mail, first-class postage prepaid to the following:

Spero T. Lappas, Esquire
Serratelli, Schiffman, Brown & Calhoon, P.C.
2080 Linglestown Road, Suite 201
Harrisburg, PA  17110

_____
**GREGORY R. NEUHAUSER**
**Senior Deputy Attorney General**