AO 133 (Rev 7/82)

# BILL OF COSTS

| United States District Court | Middle District |
|---|---|
| Randy Yordy, Plaintiff<br><br>v.<br><br>Scott Brown, Paul Evanko, Beron F. Steager, and Barry L. Brinser  Defendants | DOCKET NO. 1:01-CV-0206<br><br>MAGISTRATE CASE NO. |

FILED
HARRISBURG, PA

JAN 2 3 2003

MARY E. D'ANDREA, CLERK
Per _____
    Deputy Clerk

Judgment having been entered in the above entitled action on __January 8, 2003__ against Plaintiff - Randy Yordy
                                                           date

_____ the clerk is requested to tax the following as costs:

## BILL OF COSTS

| | |
|---|---|
| Fees of the clerk .................................................... | $ _____ |
| Fees for service of summons and complaint ........................... | _____ |
| Fees of the court reporter for all or any part of the transcript necessarily obtained for use in the case ......................................... | _____ |
| Fees and disbursements for printing .................................. | _____ |
| Fees for witnesses (itemized on reverse side) ........................ | 52.41 |
| Fees for exemplification and copies of papers necessarily obtained for use in case ..................................................... | 32.00 |
| Docket fees under 28 U.S.C. § 1923 ................................... | _____ |
| Costs incident to taking of depositions ..(see attached "Exhibit A").... | 842.25 |
| Costs as shown on Mandate of Court of Appeals ........................ | _____ |
| Other costs (Please itemize) ......................................... | _____ |
| | _____ |
| | _____ |
| TOTAL | $ 926.66 |

SPECIAL NOTE: Attach to your bill an itemization and documentation for requested costs in all categories. Briefs should also be submitted supporting the necessity of the requested costs and citing cases supporting taxation of costs.

## DECLARATION

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy hereof was this day mailed with postage fully prepaid thereon to:

SIGNATURE OF ATTORNEY _/s/ Joseph Neuhauser_____

FOR: __DEFENDANTS__
       Name of claiming party

DATE __1/23/03__

Please take notice that I will appear before the clerk who will tax said costs on the following day and time:

DATE AND TIME

Costs are hereby taxed in the following amount and included in the judgment:

AMOUNT TAXED
$

CLERK OF COURT                (BY) DEPUTY CLERK                DATE

| COMMONWEALTH OF PENNSYLVANIA | PNC Bank, National Association | 002086 |
|---|---|---|
| OFFICE OF ATTORNEY GENERAL | ●SBURGH, PA | |

DATE: 12/04/2002     8-9/430

AMOUNT $*************52.41*

PAY *** FIFTY-TWO and 41/100***DOLLARS

TO THE ORDER OF

VICKI RAE SMITH
9310 MOUNTAIN RD.
GRANTVILLE  17028

*Edward L. Bianco, II*

AUTHORIZED SIGNATURE
*** VOID AFTER SIX MONTHS ***

⑃002086⑃ ⑃043000096⑃ 1014317468⑃

DETACH AND RETAIN THIS STATEMENT FOR YOUR RECORDS
THE ATTACHED CHECK IS IN PAYMENT OF ITEMS DESCRIBED BELOW

COMMONWEALTH OF PENNSYLVANIA
ADVANCEMENT ACCOUNT CHECK

VICKI RAE SMITH
9310 MOUNTAIN RD.
GRANTVILLE  17028

**Check**

| Document / Date | Page |
|---|---|
| 1500021061 / 12/04/2002 | 1/  1 |

Our accounting clerk

Telephone

Fax

Your account with us
600001

The enclosed check is for payment of the following invoice(s):

| Invoice | Your document | Date | Deductions | Gross amount |
|---|---|---|---|---|
| 2100023819 | 121302 | 12/04/2002 | 0.00 | 52.41 |
| Sum total | | | 0.00 | 52.41 |

| Payment document | Check number | Date | Currency | Payment amount |
|---|---|---|---|---|
| 1500021061 | 002086 | 12/04/2002 | USD | *************52.41* |

*BART VanSOMEREN, RPR*
*OFFICIAL COURT REPORTER*
DAUPHIN COUNTY COURTHOUSE
ROOM 402
FRONT & MARKET STREETS
HARRISBURG, PA 17101
(717) 255-2824

February 28, 2001

GREGORY R. NEUHAUSER, ESQUIRE
Senior Deputy Attorney General
Office of Attorney General
Strawberry Square
Harrisburg, PA 17120


IN RE: COMMONWEALTH OF PA. V. RANDY A. YORDY,
685 C.D. 1999

TRANSCRIPT OF GUILTY PLEA AND SENTENCING HELD BEFORE THE HONORABLE JOSEPH H. KLEINFELTER ON FEBRUARY 15 and MARCH 23, 2000:

64 pages..................$32.00

Pd
3-7-01
PBS

**PAYMENT DUE UPON RECEIPT**


PLEASE MAKE CHECK PAYABLE TO **BART VanSOMEREN**
SSAN: 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

THANK YOU

**COMMONWEALTH OF PENNSYLVANIA**
OFFICE OF ATTORNEY GENERAL
COMPTROLLER'S OFFICE
14TH FLOOR, STRAWBERRY SQUARE
HARRISBURG, PA 17120

PNC BANK, N.A.
PITTSBURGH, PA  001
8-9/430
817

117449
00117449

03/06/2001   91480001   $32.00
DATE   VT NUMBER   AMOUNT

VOID AFTER 6 MONTHS
EXAMINE THIS FLUORESCENT SIGNATURE
UNDER BLACK LIGHT FOR AUTHENTICITY

Edward L. Bianco II
Frank A. Kerby

PAY TO THE ORDER OF:
BART VAN SOMEREN
FRONT & MARKET STS
ROOM 402
HARRISBURG, PA 17101-0000

⑈117449⑈ ⑆043000096⑆ 000 2060 111⑈

# Susan M. Simon Court Reporting Service

1622 Penn Street ~ Harrisburg, PA 17102-2436
Telephone (717) 234-2360 ~ E-mail scourt@epix.net

*RECEIVED Office of Attorney General JAN 28 2002 Litigation Section*

TO:
Gregory R. Neuhauser, Sr. Deputy AG
Commonwelath of PA
Office of the Attorney General
Litigation Section
Strawberry Square
Harrisburg, PA    17120

INVOICE NO: 6190
DATE: Jan. 24, 2002
SS# 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

RE:
Randy Yordy v Brown, Evanko, Steager, Brinser, et al
USDC Middle District of PA
No. 1:01-CV-0206

FILE : *Yordy Randy*
FILE # : *E 23817 6 E*
AUTO : 001-015-495- -4-3570-10000-312
ELIP : 001-015-494- -4-3500-10000-312

Please show invoice number on your check. Return ivory copy with remittance.

Depositions of BERON F. STEAGER and SCOTT A. BROWN taken by plaintiff on January 18, 2002.

| | | |
|---|---|---|
| Steager | 50 pp | |
| Brown | 80 pp | |
| | 130 pp @ $1.65 | $ 214.50 |
| | Postage | 3.50 |
| | TOTAL | $ 218.00 |

*RECEIVED JAN 31 2002 BUR OF RISK & INS MGMT DEPT. OF GENERAL SERVICES*

*paid 2-10-02*

# Susan M. Simon Court Reporting Service

1622 Penn Street ~ Harrisburg, PA 17102-2436
Telephone (717) 234-2360 ~ E-mail scourt@epix.net

TO: Gregory R. Neuhauser, Sr. Deputy Attorney General
Commonwealth of PA
Office of the Attorney General
Strawberry Square, 15th Floor
Harrisburg, PA  17120

INVOICE NO: 6260
DATE: June 18, 2002
SS# 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

RE: Randy Yordy v Brown, Evanko, Steager, Brinser, et al
USDC  Middle District of PA
No. 1:01-CV-0206

RECEIVED
JUN 2 4 2002
BUR. OF RISK & INS. MGMT
DEPT. OF GENERAL SERVICES

Please show invoice number on your check.  Return ivory copy with remittance.

Deposition of TROOPER BARRY L. BRINSER taken by plaintiff on June 14, 2002.

| | |
|---|---|
| 23 pp @ $1.75 | $ 40.25 |
| Postage | 3.50 |
| TOTAL | $ 43.75 |

paid 6-28-02

[signature] 6/24/02

Approved
[signature] Gregory Neuhauser
6/20/02

RECEIVED
Office of Attorney General
JUN 2 0 2002
Litigation Section

TITLE: YORDY, R.
E-238176-E
TC: 001-015-495  4-3570-10000-312
SIP: 001-015-494  4-3570-10000-312
HERAL: 001-015-493  4-3570-10000-312

## Geiger & Loria Reporting Service
2408 Park Drive, Suite B
Harrisburg, PA 17110
Phone #: (717)541-1508  Fax #: (717)541-1509

To: GREGORY NEUHAUSER        Acct #    562
OFFICE OF THE ATTORNEY GENERAL
STRAWBERRY SQUARE
15TH FLOOR
HARRISBURG, PENNSYLVANIA 17120

RE: YORDY VS BROWN
Date: 11/01/2002
Case No.: 1:01-CV-0206

Invoice Date: 11/22/2002
Invoice No.: 8767
Employer I.D.: 25-1679685
Terms: Net 30 Days

Past due invoices subject to account service fee computed at the rate of 12% per annum, calculated daily on the outstanding past due balance.

| Description | Qty | Amount | Charges |
|---|---|---|---|
| TRANSCRIPT - PAUL EVANKO | 32 | 1.70 | 54.40 |
| CONDENSED TRANSCRIPT | 1 | 15.00 | 15.00 |

RECEIVED
Office of Attorney General
NOV 2 5 2002
Litigation Section

OK to pay
/s/ Gregory Neuhauser
11/25/02

Total: 69.40

---

**Method of Payment:**

VISA ☐  MasterCard ☐  American Express ☐  [Cards] ☐  Check enclosed ☐

Credit card #

Expiration date

Authorized signature (for credit card payment)

**Remittance Portion**
Please return with payment to insure proper credit.
Mail to:
Geiger & Loria Reporting Service
2408 Park Dr., Suite B
Harrisburg, PA 17110

**TOTAL DUE:** 69.40

8767   LH

Expenses

**Archive Reporting Service**
2336 North Second Street
P.O. Box 5559
Harrisburg, PA 17110
(717) 234-5922

RECEIVED
Office of Attorney General
DEC 2 3 2002
Litigation Section

# Invoice

Number: 18313
Date: December 23, 2002

Bill To:

Gregory Neuhauser
Office of Attorney General
Strawberry Square
Harrisburg, Pa 17120

Ship To:

| Federal ID Number | Date of Service | Reporter |
|---|---|---|
| 23-2876180 | 12/13/02 | JD |

| Description | Pages / Hours | Rate | Amount |
|---|---|---|---|
| Re: Yordy v Brown et al. | | | |
| Deposition of Randy Yordy | | | |
| Attendance Fee | 1.00 | 25.00 | 25.00 |
| Transcript - Original And Condensed Copy | 54.00 | 2.65 | 143.10 |

Total  $168.10

Approved
Neuhauser
12/23/02

Please remit one copy with payment. 1.5% interest will be added to invoices after 30 days. For Mastercard and Visa payments, please call the office. Archive Reporting Service is a qualified small business concern as defined in 4 PA Code Section 2.32.

Expenses

# Archive Reporting Service

2336 North Second Street
P.O. Box 5559
Harrisburg, PA 17110
(717) 234-5922

# Invoice

Number: 18315
Date: December 23, 2002

**Bill To:**

Gregory Neuhauser
Office of Attorney General
Strawberry Square
Harrisburg, Pa 17120

**Ship To:**

| Federal ID Number | Date of Service | Reporter |
|---|---|---|
| 23-2876180 | 12/20/02 | JD |

| Description | Pages / Hours | Rate | Amount |
|---|---|---|---|
| Re: Yordy v Brown et al. | | | |
| Deposition of Vicki Rae Smith | | | |
| Attendance Fee | 1.00 | 25.00 | 25.00 |
| Transcript - Original and Condensed Copy (expedited) | 60.00 | 5.30 | 318.00 |

RECEIVED
Office of Attorney General
DEC 2 3 2002
Litigation Section

Total  $343.00

Please remit one copy with payment. 1.5% interest will be added to invoices after 30 days. For Mastercard and Visa payments, please call the office. Archive Reporting Service is a qualified small business concern as defined in 4 PA Code Section 2.32.

Approved
Neuhauser
12/23/02

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RANDY YORDY,<br>    **Plaintiff**<br><br>v.<br><br>SCOTT BROWN, PAUL EVANKO,<br>BERON F. STEAGER, AND BARRY L.<br>BRINSER, et al.,<br>    **Defendants** | :<br>:<br>:  No. 1:01-CV-0206<br>:<br>:  (Judge Kane)<br>:<br>:<br>:<br>: |

## CERTIFICATE OF SERVICE

I, **GREGORY R. NEUHAUSER,** Senior Deputy Attorney General for the Commonwealth of Pennsylvania, Office of Attorney General, hereby certify that on **January 23, 2003**, I caused to be served a true and correct copy of the foregoing document **Bill of Costs**, by depositing it in the United States mail, first-class postage prepaid to the following:

Spero T. Lappas, Esquire
Serratelli, Schiffman, Brown & Calhoon, P.C.
2080 Linglestown Road, Suite 201
Harrisburg, PA 17110

_____
**GREGORY R. NEUHAUSER
Senior Deputy Attorney General**