

UNITED STATES DISTRICT COURT
for the
MIDDLE DISTRICT OF PENNSYLVANIA
William J. Nealon Federal Bldg & U.S. Courthouse
235 North Washington Avenue
P.O. Box 1148
Scranton, PA 18501-1148

(570) 207-5600   FAX (570) 207-5650
Internet Address: www.pamd.uscourts.gov

MARY E. D'ANDREA
Clerk of Court

Divisional Offices:

Harrisburg:   (717) 221-3920
Williamsport:  (570) 323-6380

March 24, 2003

Spero T. Lappas, Esq.
Gregory R. Neuhauser, Esq.

Re: <u>Yordy vs. Brown, et. al.</u>
Civil No. 1:01-CV-0206 (Judge Kane)

Dear Counsel:

Resolution of the post trial motions in the above referenced case has prompted the court to consider the pending bill of costs filed by the defendant on January 23, 2003.

Any and all objections to taxing of costs should be filed with the Clerk on or before **April 1, 2004.** Absent objections by that time, costs will be taxed as soon as practical in accordance with 28 U.S.C. § 1920 and the Local Rules of Court.

Very truly yours,

MARY E. D'ANDREA, CLERK

By:  s/Roseanne M. Pucilowski,
Deputy Clerk