```
          IN THE UNITED STATES DISTRICT COURT
        FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
```

**RANDY YORDY**   :
      Plaintiff   :   CIVIL ACTION NO. 1:CV-01-206
      :   (Judge Kane)
  v.   :
**SCOTT BROWN, ET AL**   :
      Defendants   :

## CLERK'S TAXATION OF COSTS
April 23, 2004

Pending for taxation is the defendants' verified bill of costs in the amount of $926.66  No objections have been filed.

The burden is on the party opposing a bill of costs to establish that a properly verified claim is "incorrectly stated, unnecessary or unreasonable." LR 54.4(10).  As there are no objections and the items listed in the bill of costs appear to be taxable under 28 U.S.C. §1920 and the Local Rules of Court,

**IT IS HEREBY ORDERED THAT** costs be taxed against the plaintiff and in favor of the defendants in the amount of $926.66.

Any party may appeal this decision to the court within five days of taxation.  Written specifications of the items objected to and the grounds of objections must be filed and served within five days.  LR 54.3.

                                      **s/Mary E. D'Andrea**
                                      MARY E. D'ANDREA, Clerk