```
              IN THE UNITED STATES DISTRICT COURT
           FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
                                    :
RANDY YORDY                         :
                                    :
        Plaintiff                   :  CIVIL ACTION NO. 1:CV-01-206
                                    :  (Judge Kane)
        v.                          :
                                    :
SCOTT BROWN, ET AL                  :
                                    :
        Defendants                  :
```

### JUDGMENT

Pursuant to the court's judgment entered <u>January 8, 2003</u> and Federal Rule of Civil Procedure 54(d)(1), costs are hereby taxed against the <u>plaintiff Randy Yordy</u> and in favor of the <u>defendants Scott Brown, Paul Evanko, Beron F. Steager and Barry L. Brinser</u> in the amount of <u>$926.66</u>.

ATTEST:


<u>s/Mary D'Andrea</u>
MARY E. D'ANDREA, Clerk

DATE: April 23, 2004